1  Thane Charman
2  2270 Boundary St
   San Diego, CA 92104
3  Telephone:  800-673-4384
4  Email: OBEY.TCPA@GMAIL.COM
5
6  Plaintiff, Pro Se
7

**FILED**

Aug 16 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ GloriaVocal          DEPUTY

8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10
11  THANE CHARMAN, individual        '23 CV 1505 WQH DEB
12          Plaintiff,
13  v.                               1. WILLFUL VIOLATIONS OF
                                     THE TELEPHONE CONSUMER
14  INSURANCE SUPERMARKET            PROTECTION ACT [47 U.S.C.
15  INC, a DELEWARE                  §227(c)] 2. NEGLIGENT
    INCOPERATION, MARREESHA          VIOLATIONS OF THE
16  BROWN, an INDIVIDUAL             TELEPHONE CONSUMER
17                                   PROTECTION ACT [47 U.S.C.
18          Defendants,              §227(c)]
19                                   DEMAND FOR JURY TRIAL
20
21
22
23          PLAINTIFF'S ORIGINAL COMPLAINT
24
25               PARTIES
26
27
28
                  ORIGINAL COMPLAINT

1.     Plaintiff THANE CHARMAN ("Plaintiff") is a natural person, and was present in California for the majority of calls in this case in San Diego County, California.

2.     Defendant Insurance Supermarket Inc ("ISM") is an Incorporation organized and existing under the laws of Delaware.

3.     Insurance Supermarket Inc, principal address is 1951 Nw 7th Avenue Suite 600 Miami Fl 33136.

4.     Defendant Insurance Supermarket Inc can be served via registered agent Lawyers Incorporating Service 2710 Gateway Oaks Dr Ste 150n Sacramento Ca 95833.

5.     Defendant Marreesha J Brown ("Ms. Brown") is a natural person, resident of Nebraska.

6.     Marreesha J Brown can be served C/O Marreesha J Brown 2301 South St, Lincoln, Ne 68502-3047

**JURISDICTION AND VENUE**

7.     **Jurisdiction**. This Court has federal-question subject matter jurisdiction over Plaintiff's TCPA claims pursuant to 28 U.S.C. § 1331 because the TCPA is a federal statute. Mims v. Arrow Fin. Servs., LLC, 565 U.S. 368, 372

ORIGINAL COMPLAINT

(2012). This Court has supplemental subject matter jurisdiction over Plaintiff's claim.

## PERSONAL JURISDICTION

8.     This Court has general personal jurisdiction over Defendant Insurance Supermarket Inc as it's a Florida corporation.

9.     This Court has supplemental subject matter jurisdiction over Plaintiff's claims arising under Florida Statutes § 501.059 and § 501.601 because the claims arise from the same nucleus of operative fact, i.e., Defendant's unauthorized automated robocalls to Plaintiff, and adds little complexity to the case.

## VENUE

10.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1)-(2) because a substantial part of the events giving rise to the claims—the calls and sale of goods and services directed at California residents, including the Plaintiff—occurred in this District and because the Plaintiff was residing in the Southern District of California when he received a substantial if not every single call from the Defendants that are the subject matter of this lawsuit.

## THE TELEPHONE CONSUMER PROTECTION ACT OF 1991, 47

## U.S.C. § 227

11.    In 1991, Congress enacted the TCPA to restrict the use of sophisticated telemarketing equipment that could target millions of consumers en masse. Congress found that these calls were not only a nuisance and an invasion of privacy to consumers specifically but were also a threat to interstate commerce generally. See S. Rep. No. 102-178, at 2-3 (1991), as reprinted in 1991 U.S.C.C.A.N. 1968, 1969-71.

12.    The TCPA makes it unlawful "to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or prerecorded voice … to any telephone number assigned to a … cellular telephone service." 47 U.S.C. § 227(b)(1)(A)(iii).

13.    The TCPA makes it unlawful "to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes, is made solely pursuant to the collection of a debt owed to or guaranteed by the United States, or is exempted by rule or

order" of the Federal Communication Commission ("FCC"). 47 U.S.C.§ 227(b)(1)(B).

14.    The TCPA provides a private cause of action to persons who receive calls in violation of §227(b). 47 U.S.C. § 227(b)(3).

15.    Separately, the TCPA bans making telemarketing calls without a do-not-call policy available upon demand. 47 U.S.C. § 227(c); 47 C.F.R. § 64.1200(d)(1).1

16.    The TCPA provides a private cause of action to persons who receive calls in violation of § 227(c) or a regulation promulgated thereunder. 47 U.S.C. § 227(c)(5).

17.    According to findings of the FCC, the agency vested by Congress with authority to issue regulations implementing the TCPA, automated or prerecorded telephone calls are a greater nuisance and invasion of privacy than live solicitation calls and can be costly and inconvenient

1 See Code of Federal Regulations, Title 47, Parts 40 to 60, at 425 (2017) (codifying a June 26, 2003 FCC order).

18.     The FCC also recognizes that "wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used." In re Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991, 18 FCC Rcd. 14014, 14115 ¶ 165 (2003).

19.     The FCC requires "prior express written consent" for all autodialed or prerecorded telemarketing robocalls to wireless numbers and residential lines. In particular:[A] consumer's written consent to receive telemarketing robocalls must be signed and be sufficient to show that the consumer: (1) received clear and conspicuous disclosure of the consequences of providing the requested consent, i.e., that the consumer will receive future calls that deliver prerecorded messages by or on behalf of a specific seller; and (2) having received this information, agrees unambiguously to receive such calls at a telephone number the consumer designates. In addition, the written agreement must be obtained without requiring, directly or indirectly, that the agreement be executed as a condition of purchasing any good or service.

20.    In the Matter of Rules & Regulations Implementing the Tel. Consumer

Prot. Act of 1991, 27 FCC Rcd. 1830, 1844 ¶ 33 (2012) (footnote and internal

quotation marks omitted). FCC regulations "generally establish that the party

on whose behalf a solicitation is made bears ultimate responsibility for any

violations." In the Matter of Rules and Regulations Implementing the Tel.

Consumer Prot. Act of 1991, 10 FCC Rcd. 12391, 12397 ¶ 13 (1995).

21.    The FCC confirmed this principle in 2013, when it explained that "a

seller … may be held vicariously liable under federal common law principles

of agency for violations of either section 227(b) or section 227(c) that are

committed by third-party telemarketers." In the Matter of the Joint Petition

Filed by Dish Network, LLC, 28 FCC Rcd. 6574, 6574 ¶ 1(2013).

22.    Under the TCPA, a text message is a call. Satterfield v. Simon &

Schuster, Inc., 569 F.3d 946, 951 – 52 (9th Cir. 2009).

23.    A corporate officer involved in the telemarketing at issue may be

personally liable under the TCPA. E.g., Jackson Five Star Catering, Inc. v.

Beason, Case No. 10-10010, 2013 U.S. Dist. LEXIS 159985, at *10 (E.D.

Mich. Nov. 8, 2013) ("[M]any courts have held that corporate actors can be

individually liable for violating the TCPA where they had direct, personal

ORIGINAL COMPLAINT

participation in or personally authorized the conduct found to have violated the statute." (Internal quotation marks omitted)); Maryland v. Universal Elections, 787 F. Supp. 2d 408, 415 – 16 (D. Md. 2011) ("If an individual acting on behalf of a corporation could avoid individual liability, the TCPA would lose much of its force.").

## FACTUAL ALLEGATIONS

24.   At all times material hereto Plaintiff personally registered his phone, number 619-4X5-X2X4 on the Do-Not-Call Registry in November 2018.

25.   Plaintiff was on the National DNC at all times relevant to this Complaint.

26.   Defendant Ms. Brown is an insurance agent licensed employed and/or contracted by Defendant ISM.

27.   Insurance Super Market appointed Ms. Brown with expressed and apparent authority to market insurance products as part of the furtherance of Insurance Supermarket's business.  ISM was under full knowledge Ms. Brown would use telephone solicitation to market and

sell their products.

28.   Ms. Brown and/or Insurance Supermarket contracted with an unknown third-party telemarketer to market and solicit insurance products on behalf of Ms. Brown and Insurance Supermarket. Ms. Brown and/or Insurance Supermarket supplied the telemarketer with the prequalification requirements to purchase the insurance products being marketed by the third-party telemarketer on behalf of Ms. Brown and Insurance Supermarket.

29.   Defendants Brown and ISM supplied the third-party telemarketer with specific instructions on which states to call and which hours to place the solicitation phone calls.

30.   Both Ms. Brown and Insurance Supermarket continue to benefit from the telemarketing phone calls.

31.   Ms. Brown and/or Insurance Supermarket provided the telemarketer with access to real-time quotes and pricing information for the solicited life insurance products.

32.    Call #1.  On October 19, 2022, at 11:03 AM Plaintiff received a phone call that displayed 903-839-2585 on the caller identification.  Plaintiff did not answer the phone call.

33.    Call #2.  On October 19, 2022, at 11:10 AM Plaintiff received a phone call that displayed 903-839-2585 on the caller identification.  Plaintiff did not answer the phone call.

34.    Call #3.  On October 19, 2022, at 11:13 AM Plaintiff received a phone call that displayed 903-839-2585 on the caller identification.  Plaintiff did not answer the phone call.

35.    Call #4.  On October 19, 2022, at 11:20 AM Plaintiff received a phone call that displayed 903-839-2585 on the caller identification.  Plaintiff did not answer the phone call.

36.    On October 19, 2022, at approximately 11:35 AM MST Plaintiff received yet another call from 903-839-2585 from Defendants.  Plaintiff was annoyed and aggravated at having received at least 5 phone calls within 30 minutes and decided to answer the phone to see who was harassing Plaintiff. When Plaintiff answered the call from number 903-839-2585 a telemarketer came on the call stating, "This is (unintelligible) from the Medicare

ORIGINAL COMPLAINT

certification department" The telemarketer asked Plaintiff qualification

questions like his name, age, state of residence, and health.

37.    The telemarketer did not properly identify themselves, the company the

telemarketer worked for, or the company on whose behalf the telemarketer

was calling.

38.    The telemarketer then transferred Plaintiff to another telemarketer. The

second telemarketer proceeded to ask the same questions asked by prior

telemarketer.

39.    The second telemarketer at the end of the review of the questions then

transferred Plaintiff to Defendant Brown.

40.    Defendant Brown was marketing life insurance for seniors.  Plaintiff

informed Defendant Brown his name was "Elston Tatum" because Elston is of

an age that qualifies for the insurance.  This was necessitated as a result of

Defendants refusing to properly identify themselves.

41.    From taking the call from number 903-839-2585 to speaking with Ms.

Brown is one continuous chain of events.

42.    Ms. Brown comes on the line and introduces themselves as a licensed

insurance agent in the state of Texas.

43.   A search of Texas's Department of Insurance database shows a Marreesha Janay Brown with a Business address of 2301 South St Lincoln, NE 68502.

44.   Marreesha Janay Brown's Texas License/Registration is 2869650, is active as was active on the day of the call.

45.   Ms. Brown is an insurance agent employed by insurance supper market.

46.   Ms. Brown was selling whole life insurance.

47.   Ms. Brown offered only one insurance provider EMC National Life.

48.   Ms. Brown discussed different pricing options.

49.   Ms. Brown sold Plaintiff a life insurance policy.

50.   Plaintiff purchased the policy under the name Elson Tatum. And paid for the policy using their own debit card.

51.   Plaintiff purchased the insurance policy for the sole purpose of identifying the entity behind the anonymous phone calls.  Plaintiff never used the insurance policy and had no utility of the insurance policy as the insurance policy was immediately canceled.

52.   On October 19, 2022 at 12:28 pm plaintiff received a confirmation email of the purchase.  The email states:

ORIGINAL COMPLAINT

your payment has been approved

Payment    VISA    43**********XXX

Transaction ID    191022O17-7A8A247D-5C87-46FB-92D2-0B762461576F

Approval Code    046944

Invoice Number          29211

Description          IS2269622


53.    The email signature reads INSURANCE SUPERMARKET INC 1951 NW 7TH AVENUE MIAMI FL MIAMI FL 33160 | 1-866-699-9099

54.    Calling the number provided in the signature 1-866-699-9099 takes you to a recorded message stating "welcome to Insurance Supermarket."

55.    The life insurance plan purchased from Ms. Brown is policy number IS2269622 from EMC National Life.

56.    The policy IS2269622 was sold by Defendant Insurance Supermarket on behalf of insurer EMC National Life.

57.    Ms. Brown sent Plaintiff an email on November 9, 2022, stating the following "Hello, I am  Marreesha Brown with Insurance Supermarket,  it was brought to my attention that you requested legitimacy of my license that is 18431616 please reach my for whole life final expense quotes 877-541-0375"

58.    The email address the email came from is "Marreesha Brown marreesha.brown@insurance-supermarket.com"

59.   Prior to answering the call from 903-839-2585 Plaintiff had never filled out an application with Insurance Supermarket, had never heard of Insurance Supermarket, and had never established a relationship with them.

60.   The insurance policy issued by Ms. Brown was in the name of Elston Tatum.  The name Elston Tatum was solely used for the purchase of the life insurance policy.

61.   Any use of the name Elston Tatum from an operator on incoming calls is evidence of Insurance Supermarket calling Plaintiff.

62.   DNC Request #1 On October 19, 2022, at approximately 1:40 PM Plaintiff answered a call from number 903-839-2585 showing on the caller ID. The operator comes on the line stating "This is 'unintelligible'".  Plaintiff stated do not call again.

63.   DNC Request #2 On October 19, 2022, at approximately 1:58 PM Plaintiff answered a call from number 903-839-2585 showing on the caller ID. The operator comes on the line and states this is American senior benefits. Plaintiff stated I am sorry do not call me again.

64.   DNC Request #4 On October 20, 2022, at 10:43 PM Plaintiff answered a call from number 260-218-8804 showing on the caller ID asking to speak with

Elston. This is Alex I am calling you from Medicare you are qualified for a new Medicare card. Plaintiff stated no need to call me any further.

65.   DNC Request #5 On October 25, 2022, at approximately 4:45 PM Plaintiff answered a call from number 903-839-2585 showing on the caller ID requesting to speak with Elston and why I did not buy the policy from the lady. Plaintiff stated no need to call me again,

66.   DNC Request #6 On November 3, 2022, at approximately 2:51 PM Plaintiff received a call from number 619-815-1150 showing on the caller ID this is Rubin a Medicare supplements advisor on a recorded line.  Based on our records you are qualified for a plan. Plaintiff stated no need to call me again.

67.   On November 12, 2022, Plaintiff answered a call from number 260-218-8804 showing on the caller ID asking to speak with Elston from senior care benefits

68.   On November 11, 2022. Plaintiff answered a call from number 870-623-8046 showing on the call ID asking Am I speaking with Elston this is Namir with the department of Medicare.

69.   On November 11, 2022. Plaintiff answered a call from number 703-497-2023 showing on the call ID stating Yes, Elston this is James with senior care benefits.

70.   On November 5, 2022. Plaintiff answered a call from number 619-391-9012 showing on the call ID stating Yes Elston this is James with senior care benefits.

71.   On November 4, 2022. Plaintiff answered a call from number 972-217-2801 showing on the call ID stating can I speak with Mr. Tatum this is "Medical Advocates of America."

72.   On October 19, 2022, at approximately 11:23 am Plaintiff answered a phone call utilizing a spoofed caller ID.  The displayed number is Plaintiff's actual phone number 619 4X5-12X4.  Through information and belief, this spoofed caller ID was designed to trick Plaintiff into answering the phone.

73.   The call On October 19, 2022, at approximately 11:23 with the spoofed number 619 4X5-12X4 the operator is asking for Elston Tatum and is with insurance advisors.

74.   Plaintiff received additional nine calls with the same spoofed number 619 4X5-12X4.

75.   On October 22, 2022, at approximately 11:13 Am Plaintiff answered a

phone call with 662-736-0383 showing on the caller ID.  Plaintiff is

transferred to insurance agent Rachel Devolder who states she is with

Insurance Supermarket.

76.   On November 1, 2022, at approximately 12:00 pm Plaintiff answered a

phone call with 754- 214-3938 showing on the caller ID.  The operator states

"my name is Ben and I am calling from Insurance Supermarket."

77.   Plaintiff has received a total of eight calls from the number 754-214-

3938

78.   On November 3, 2022, at approximately 9:18 AM Plaintiff answered a

phone call with 619-455-1200 showing on the caller ID.  Plaintiff is

transferred to insurance agent Jamal Hines who states he is with Insurance

Supermarket.

79.   Plaintiff received a total of 10 calls from the number 619-455-1200.

80.   On November 4, 2022, at approximately 3:53 PM Plaintiff answered a

phone call with 972-217-2801 showing on the caller ID.  The operator stated,

"Tatum this is unintelligible from Medical Advocates of America."  The

operator goes on to state Mr. Tatum's birth date and home address.  The

ORIGINAL COMPLAINT

operated then went on to say, "We here at Insurance Supermarket are your one-stop shop for insurance."

81.   Plaintiff has received a total of two calls from number 972-217-2801

82.   On November 5, 2022, at approximately 3:17 PM Plaintiff answered a phone call with 619-392-9012 showing on the caller ID.  The operator stated, "Elston this is Emma with Insurance Supermarket."

83.   Plaintiff has received a total of six calls from the number 619-393-9012.

84.   On May 20, 2023, at approximately 3:17 PM Plaintiff answered a phone call with 619-392-9012 showing on the caller ID.  The operator stated, "Elston, this is Blessing with Insurance Supermarket."

85.   Plaintiff has received a total of two calls from number 972-217-2801.

86.   Defendants purchased and used blocks of phone numbers with sequential or nearly sequential prefix numbers to call Plaintiff.

87.   Plaintiff answered calls made by Defendants from the following numbers:  619-810-5452, 619-810-5456, 619-810-5460, and 619-810-5463. Plaintiff received at least 88 calls from numbers with area code 619 prefix 810.

88.   Plaintiff answered calls made by Defendants from the following
numbers:  619-455-1200, 619-455-1300 and 619-455-1235 Plaintiff received
48 calls from numbers with area code 619 prefix 445.

89.   Plaintiff answered calls made by Defendants from the following
numbers:  903-839-2585. Plaintiff received  37 calls from numbers with area
code 903 prefix 839

90.   Plaintiff answered calls made by Defendants from the following
numbers:  619-353-7535, 619-353-7531 and 619-353-7536. Plaintiff received
29 calls from numbers with area code 619 prefix 353

91.   Plaintiff has received over eight hundred and nine (809) calls from
defendants.

92.   All calls are an attempt to sell Plaintiff a new life insurance policy.

93.   None of the calls at issue in this case were phone calls to "service" any
account.

94.   Table A below shows each of the phone calls made by defendant to
Plaintiff.

TABLE A

ORIGINAL COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Date Time | Number |
|---|---|
| 10/19/22 11:03 AM | 19038392585 |
| 10/19/22 11:10 AM | 19038392585 |
| 10/19/22 11:13 AM | 19038392585 |
| 10/19/22 11:20 AM | 19038392585 |
| 10/19/22 11:22 AM | 13523104017 |
| 10/19/22 11:23 AM | 16194551235 |
| 10/19/22 11:32 AM | 19038392585 |
| 10/19/22 11:33 AM | 19038392585 |
| 10/19/22 11:35 AM | 19038392585 |
| 10/19/22 12:46 PM | 16194551235 |
| 10/19/22 12:53 PM | 19038392585 |
| 10/19/22 1:00 PM | 16194609597 |
| 10/19/22 1:09 PM | 12704658507 |
| 10/19/22 1:40 PM | 19038392585 |
| 10/19/22 1:40 PM | 19038392585 |
| 10/19/22 1:58 PM | 19038392585 |
| 10/19/22 2:03 PM | 19038392585 |
| 10/19/22 2:03 PM | 12232044149 |
| 10/19/22 2:25 PM | 19038392585 |
| 10/19/22 4:00 PM | 18326456384 |
| 10/19/22 5:22 PM | 19038392585 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 10/20/22 8:35 AM | 19038392585 |
| 10/20/22 8:56 AM | 19038392585 |
| 10/20/22 9:50 AM | 13603618253 |
| 10/20/22 9:52 AM | 12172125912 |
| 10/20/22 10:08 AM | 19038392585 |
| 10/20/22 10:10 AM | 17707095614 |
| 10/20/22 10:12 AM | 16194551235 |
| 10/20/22 10:14 AM | 19038392585 |
| 10/20/22 10:43 AM | 12602188804 |
| 10/21/22 9:38 AM | 16194551200 |
| 10/21/22 9:56 AM | 19037626127 |
| 10/21/22 10:00 AM | 19038392585 |
| 10/21/22 10:39 AM | 19038392585 |
| 10/21/22 10:42 AM | 18886921268 |
| 10/21/22 10:43 AM | 19038392585 |
| 10/21/22 10:43 AM | 19038392585 |
| 10/21/22 10:50 AM | 19038392585 |
| 10/22/22 11:02 AM | 12062019112 |
| 10/22/22 11:13 AM | 16627360383 |
| 10/24/22 1:01 PM | 19155035527 |
| 10/24/22 4:39 PM | 19035824330 |
| 10/25/22 8:49 AM | 19038392585 |
| 10/25/22 10:19 AM | 19038392585 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 10/25/22 10:43 AM | 16026418322 |
| 10/25/22 4:16 PM | 19038392585 |
| 10/25/22 4:17 PM | 16194551235 |
| 10/25/22 4:48 PM | 19038392585 |
| 10/26/22 10:44 AM | 12192063891 |
| 10/26/22 12:58 PM | 18203006939 |
| 10/26/22 3:38 PM | 19038392585 |
| 10/26/22 3:39 PM | 16194551235 |
| 10/26/22 4:44 PM | 16194811861 |
| 10/27/22 12:38 PM | 17542143938 |
| 10/27/22 3:53 PM | 16194551235 |
| 10/27/22 3:55 PM | 16194551235 |
| 10/28/22 8:23 AM | 18024665654 |
| 10/28/22 8:48 AM | 14045951526 |
| 10/28/22 11:37 AM | 18163755335 |
| 10/28/22 1:32 PM | 16194722066 |
| 10/30/22 10:14 AM | 16193001119 |
| 10/31/22 9:52 AM | 16194512970 |
| 10/31/22 10:37 AM | 15412626255 |
| 10/31/22 4:21 PM | 16193001119 |
| 11/1/22 9:28 AM | 16194460245 |
| 11/1/22 9:34 AM | 16194540052 |
| 11/1/22 9:44 AM | 16194190663 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 11/1/22 11:15 AM | 14242177539 |
| 11/1/22 12:00 PM | 17542143938 |
| 11/1/22 12:46 PM | 19316032904 |
| 11/1/22 1:19 PM | 16194558958 |
| 11/1/22 3:32 PM | 12079246822 |
| 11/1/22 4:58 PM | 16194124578 |
| 11/2/22 8:58 AM | 16194551200 |
| 11/2/22 9:14 AM | 14422610676 |
| 11/2/22 9:58 AM | 16194234725 |
| 11/2/22 11:42 AM | 16194559403 |
| 11/2/22 12:00 PM | 18038712872 |
| 11/2/22 12:04 PM | 17542143938 |
| 11/2/22 1:02 PM | 16608154454 |
| 11/2/22 1:07 PM | 19047861501 |
| 11/2/22 1:07 PM | 16128876767 |
| 11/2/22 1:08 PM | 17542143938 |
| 11/2/22 2:18 PM | 16194290480 |
| 11/2/22 2:48 PM | 16194733855 |
| 11/2/22 3:47 PM | 19038392585 |
| 11/2/22 3:50 PM | 19038392585 |
| 11/2/22 3:50 PM | 16194551235 |
| 11/2/22 3:50 PM | 19038392585 |
| 11/2/22 4:18 PM | 16194450444 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 11/2/22 5:12 PM | 17542143938 |
| 11/3/22 8:03 AM | 16194551200 |
| 11/3/22 8:14 AM | 12135615246 |
| 11/3/22 8:58 AM | 16194551200 |
| 11/3/22 1:47 PM | 18884650909 |
| 11/3/22 1:53 PM | 16232991076 |
| 11/3/22 2:46 PM | 18142285831 |
| 11/3/22 2:50 PM | 16198151150 |
| 11/3/22 3:08 PM | 16194659635 |
| 11/3/22 3:31 PM | 14153262086 |
| 11/4/22 7:34 AM | 16615209509 |
| 11/4/22 8:17 AM | 16194551200 |
| 11/4/22 8:17 AM | 16194551200 |
| 11/4/22 8:18 AM | 19038392585 |
| 11/4/22 8:26 AM | 12138179534 |
| 11/4/22 8:47 AM | 13109868208 |
| 11/4/22 9:42 AM | 12037472239 |
| 11/4/22 10:26 AM | 13109868296 |
| 11/4/22 1:34 PM | 18773634814 |
| 11/4/22 2:52 PM | 13343252770 |
| 11/4/22 3:36 PM | 18653669622 |
| 11/4/22 3:53 PM | 19722172801 |
| 11/4/22 4:01 PM | 16196394155 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 11/4/22 4:01 PM | 17542143938 |
| 11/4/22 4:03 PM | 17432025882 |
| 11/5/22 7:40 AM | 14422610242 |
| 11/5/22 10:45 AM | 16193919012 |
| 11/5/22 11:58 AM | 16193919012 |
| 11/5/22 12:59 PM | 16193919012 |
| 11/5/22 3:16 PM | 16193919012 |
| 11/7/22 9:14 AM | 12092315750 |
| 11/7/22 10:44 AM | 18773634814 |
| 11/7/22 11:04 AM | 12704658507 |
| 11/7/22 11:05 AM | 12704658507 |
| 11/7/22 11:31 AM | 16193919012 |
| 11/7/22 12:16 PM | 16194889962 |
| 11/7/22 1:02 PM | 19158952376 |
| 11/7/22 1:17 PM | 19564237430 |
| 11/7/22 1:31 PM | 16193919012 |
| 11/7/22 2:24 PM | 16194987016 |
| 11/7/22 5:14 PM | 16199510817 |
| 11/8/22 8:14 AM | 18773817089 |
| 11/8/22 10:09 AM | 16194551200 |
| 11/8/22 11:30 AM | 12182206603 |
| 11/8/22 11:31 AM | 17576015596 |
| 11/8/22 12:04 PM | 19038392585 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 11/8/22 1:10 PM | 18084317843 |
| 11/8/22 1:25 PM | 19133577118 |
| 11/8/22 1:46 PM | 16194696972 |
| 11/8/22 4:00 PM | 16194288491 |
| 11/8/22 6:04 PM | 16194959194 |
| 11/9/22 8:27 AM | 12134972010 |
| 11/9/22 9:25 AM | 12542492028 |
| 11/9/22 11:19 AM | 17752541371 |
| 11/9/22 3:14 PM | 16194263021 |
| 11/9/22 3:48 PM | 16194893792 |
| 11/9/22 6:43 PM | 16194869672 |
| 11/10/22 12:36 PM | 16194781010 |
| 11/10/22 1:57 PM | 17034972023 |
| 11/10/22 1:58 PM | 17034972023 |
| 11/10/22 3:43 PM | 16194551235 |
| 11/10/22 3:44 PM | 16194551235 |
| 11/10/22 3:44 PM | 18592164728 |
| 11/11/22 10:39 AM | 16194357711 |
| 11/11/22 10:42 AM | 14422610633 |
| 11/11/22 11:35 AM | 18706238046 |
| 11/11/22 12:39 PM | 16194189384 |
| 11/11/22 1:06 PM | 12134250377 |
| 11/11/22 1:43 PM | 12134932889 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 11/11/22 1:56 PM | 16198261131 |
| 11/11/22 4:33 PM | 12792274853 |
| 11/12/22 9:00 AM | 14242202409 |
| 11/12/22 9:12 AM | 16198530150 |
| 11/12/22 11:46 AM | 15312018982 |
| 11/12/22 12:45 PM | 13412343522 |
| 11/12/22 2:03 PM | 16194551230 |
| 11/12/22 4:02 PM | 12134250387 |
| 11/12/22 4:07 PM | 16617313960 |
| 11/12/22 5:09 PM | 14422735677 |
| 11/14/22 10:09 AM | 12137225578 |
| 11/14/22 10:15 AM | 13235937702 |
| 11/14/22 2:54 PM | 12136674041 |
| 11/14/22 3:34 PM | 19122075032 |
| 11/14/22 5:07 PM | 12082769904 |
| 11/14/22 5:30 PM | 12404429895 |
| 11/14/22 6:27 PM | 13393318294 |
| 11/14/22 6:28 PM | 13512167615 |
| 11/15/22 8:08 AM | 12252433117 |
| 11/15/22 8:42 AM | 12134250419 |
| 11/15/22 9:01 AM | 14242202339 |
| 11/15/22 11:23 AM | 12694294600 |
| 11/15/22 11:32 AM | 16194960872 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 11/15/22 1:35 PM | 12202058144 |
| 11/15/22 2:12 PM | 12136184706 |
| 11/15/22 2:14 PM | 16194192285 |
| 11/15/22 3:00 PM | 14085384095 |
| 11/15/22 3:16 PM | 12078204566 |
| 11/16/22 10:07 AM | 12136000335 |
| 11/16/22 10:36 AM | 16194626535 |
| 11/16/22 11:13 AM | 12136000473 |
| 11/16/22 11:27 AM | 13412142726 |
| 11/16/22 12:20 PM | 16194389094 |
| 11/16/22 12:37 PM | 12134972122 |
| 11/16/22 2:09 PM | 12096921853 |
| 11/16/22 2:18 PM | 16194568095 |
| 11/16/22 2:42 PM | 13412142783 |
| 11/16/22 3:32 PM | 16194468415 |
| 11/16/22 3:44 PM | 19722172801 |
| 11/16/22 4:24 PM | 16194729049 |
| 11/16/22 4:40 PM | 13073431187 |
| 11/16/22 4:48 PM | 16194839983 |
| 11/16/22 5:29 PM | 19184027058 |
| 11/16/22 5:30 PM | 19184027058 |
| 11/16/22 5:39 PM | 19522957226 |
| 11/16/22 6:18 PM | 16194270619 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 11/17/22 9:15 AM | 13412343569 |
| 11/17/22 12:20 PM | 19038392585 |
| 11/17/22 1:39 PM | 16194399450 |
| 11/17/22 3:19 PM | 12404429973 |
| 11/17/22 5:45 PM | 16194529880 |
| 11/18/22 8:39 AM | 13412142801 |
| 11/18/22 9:48 AM | 13239996873 |
| 11/18/22 10:46 AM | 13235937681 |
| 11/18/22 10:58 AM | 16194956909 |
| 11/18/22 4:49 PM | 16194371795 |
| 11/19/22 8:41 AM | 16194333438 |
| 11/19/22 10:35 AM | 16182703013 |
| 11/19/22 2:42 PM | 16108500164 |
| 11/19/22 2:48 PM | 14422735723 |
| 11/21/22 4:34 PM | 16194127074 |
| 11/21/22 6:01 PM | 16194872682 |
| 11/22/22 8:41 AM | 14085384028 |
| 11/22/22 9:58 AM | 14422735754 |
| 11/22/22 11:00 AM | 16194988309 |
| 11/22/22 1:23 PM | 16194146700 |
| 11/22/22 2:13 PM | 12792176897 |
| 11/23/22 9:16 AM | 12082669004 |
| 11/23/22 9:27 AM | 12134971805 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 11/23/22 11:21 AM | 16194192140 |
| 11/23/22 12:22 PM | 16194555541 |
| 11/23/22 12:41 PM | 14245009447 |
| 11/23/22 1:24 PM | 12402194120 |
| 11/23/22 1:52 PM | 17542143938 |
| 11/23/22 3:55 PM | 16194218097 |
| 11/23/22 4:26 PM | 14422735736 |
| 11/23/22 6:22 PM | 16194685078 |
| 11/24/22 5:57 PM | 18003606608 |
| 11/25/22 9:17 AM | 12792786896 |
| 11/25/22 7:36 PM | 16194504256 |
| 11/28/22 8:17 AM | 14157957742 |
| 11/28/22 12:48 PM | 12792274895 |
| 11/28/22 2:11 PM | 16194413315 |
| 11/28/22 5:25 PM | 17872366841 |
| 11/28/22 7:47 PM | 16194559359 |
| 11/29/22 8:38 AM | 12136000439 |
| 11/29/22 9:01 AM | 19417668584 |
| 11/29/22 9:01 AM | 19417668584 |
| 11/29/22 11:10 AM | 14422735806 |
| 11/29/22 11:17 AM | 13433051042 |
| 11/29/22 4:02 PM | 12096921907 |
| 11/29/22 7:07 PM | 14013791161 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 11/30/22 8:20 AM | 16194551266 |
| 11/30/22 12:23 PM | 13412142754 |
| 11/30/22 1:06 PM | 12136184751 |
| 11/30/22 1:08 PM | 14194098858 |
| 11/30/22 2:23 PM | 14245009339 |
| 11/30/22 3:02 PM | 14454478401 |
| 11/30/22 4:33 PM | 14422735726 |
| 11/30/22 5:37 PM | 16194557421 |
| 12/1/22 2:14 PM | 17312485619 |
| 12/1/22 3:51 PM | 18284818822 |
| 12/1/22 6:18 PM | 19712534528 |
| 12/2/22 11:29 AM | 13862097670 |
| 12/2/22 1:15 PM | 16194428272 |
| 12/2/22 2:46 PM | 17274166639 |
| 12/2/22 2:48 PM | 16194645528 |
| 12/2/22 3:32 PM | 18702443391 |
| 12/2/22 6:03 PM | 16194609654 |
| 12/2/22 7:05 PM | 16194328941 |
| 12/3/22 10:14 AM | 16194802961 |
| 12/3/22 11:16 AM | 16194725359 |
| 12/3/22 12:33 PM | 16194931469 |
| 12/3/22 12:52 PM | 15392026557 |
| 12/3/22 2:16 PM | 16194634583 |

ORIGINAL COMPLAINT

| 12/3/22 5:27 PM | 12134932966 |
|---|---|
| 12/4/22 8:53 AM | 16194369393 |
| 12/4/22 12:15 PM | 16194989402 |
| 12/4/22 12:23 PM | 16194248915 |
| 12/4/22 12:55 PM | 16194498637 |
| 12/5/22 10:04 AM | 16194559935 |
| 12/5/22 11:17 AM | 16194623001 |
| 12/5/22 2:24 PM | 16194781887 |
| 12/5/22 2:40 PM | 13217654541 |
| 12/5/22 5:39 PM | 17134053382 |
| 12/6/22 8:01 AM | 17702152107 |
| 12/6/22 8:01 AM | 15169809857 |
| 12/6/22 8:02 AM | 19159556029 |
| 12/6/22 9:56 AM | 16194155688 |
| 12/6/22 12:25 PM | 16194834653 |
| 12/6/22 2:02 PM | 17867332137 |
| 12/6/22 3:13 PM | 16194529319 |
| 12/6/22 3:14 PM | 16194136811 |
| 12/6/22 4:16 PM | 16194677161 |
| 12/6/22 4:57 PM | 16194163531 |
| 12/7/22 3:54 PM | 16194552525 |
| 12/7/22 4:24 PM | 16198268685 |
| 12/7/22 8:51 PM | 16193537534 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 12/7/22 9:29 PM | 16198105447 |
| 12/7/22 9:56 PM | 16193537536 |
| 12/8/22 12:32 PM | 16194551288 |
| 12/9/22 10:47 AM | 13109868334 |
| 12/9/22 1:31 PM | 13412142761 |
| 12/9/22 1:54 PM | 16194588155 |
| 12/10/22 9:34 AM | 16292316572 |
| 12/10/22 11:08 AM | 19038392585 |
| 12/12/22 11:48 AM | 14422610582 |
| 12/12/22 12:13 PM | 13109868323 |
| 12/13/22 9:52 AM | 19797304230 |
| 12/13/22 10:44 AM | 14153262095 |
| 12/13/22 11:02 AM | 16198105458 |
| 12/13/22 1:35 PM | 16198105464 |
| 12/13/22 2:37 PM | 17852625201 |
| 12/13/22 4:47 PM | 16198105456 |
| 12/14/22 11:06 AM | 17542143938 |
| 12/14/22 11:29 AM | 16198105461 |
| 12/14/22 1:05 PM | 16198105464 |
| 12/14/22 3:03 PM | 16196261702 |
| 12/14/22 4:01 PM | 16198105458 |
| 12/14/22 4:56 PM | 16198105460 |
| 12/15/22 8:40 AM | 16199394135 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 12/15/22 11:31 AM | 16193537533 |
| 12/15/22 12:02 PM | 16194298988 |
| 12/15/22 12:58 PM | 16199845547 |
| 12/15/22 3:27 PM | 16198105463 |
| 12/16/22 10:50 AM | 13092256272 |
| 12/16/22 12:17 PM | 16193537533 |
| 12/16/22 1:22 PM | 16198105466 |
| 12/16/22 3:27 PM | 16198105455 |
| 12/16/22 3:57 PM | 16194953589 |
| 12/17/22 8:25 AM | 16362723324 |
| 12/19/22 1:07 PM | 16193537537 |
| 12/19/22 3:38 PM | 16194751127 |
| 12/19/22 3:55 PM | 16198105458 |
| 12/20/22 11:09 AM | 16198105464 |
| 12/20/22 12:32 PM | 16193537537 |
| 12/20/22 1:52 PM | 16193537537 |
| 12/20/22 3:39 PM | 16199845558 |
| 12/20/22 4:36 PM | 12148945542 |
| 12/21/22 9:10 AM | 16194217766 |
| 12/21/22 11:05 AM | 16198105458 |
| 12/21/22 12:40 PM | 16193537537 |
| 12/21/22 12:49 PM | 16194167142 |
| 12/21/22 2:11 PM | 16194551858 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 12/21/22 2:39 PM | 16198105453 |
| 12/21/22 3:59 PM | 16194174287 |
| 12/21/22 4:44 PM | 16198105455 |
| 12/22/22 12:49 PM | 16198105465 |
| 12/22/22 1:00 PM | 16194551211 |
| 12/22/22 2:34 PM | 16194768071 |
| 12/22/22 2:48 PM | 16193537535 |
| 12/22/22 4:19 PM | 16198105464 |
| 12/23/22 10:49 AM | 12182645324 |
| 12/23/22 11:20 AM | 14322555719 |
| 12/23/22 11:28 AM | 14703158264 |
| 12/27/22 2:23 PM | 16199752767 |
| 12/29/22 3:52 PM | 16194553858 |
| 12/29/22 3:53 PM | 16194554954 |
| 1/2/23 11:17 AM | 16198105466 |
| 1/2/23 6:01 PM | 16194555701 |
| 1/3/23 12:35 PM | 16199845547 |
| 1/3/23 2:18 PM | 16193537537 |
| 1/3/23 5:19 PM | 16232991076 |
| 1/3/23 5:39 PM | 16194136987 |
| 1/4/23 7:54 AM | 16199752987 |
| 1/4/23 11:44 AM | 16198105453 |
| 1/4/23 3:31 PM | 16198105455 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 1/4/23 3:40 PM | 16124649842 |
| 1/5/23 8:40 AM | 19209731630 |
| 1/5/23 10:25 AM | 16194313875 |
| 1/5/23 10:32 AM | 12159672304 |
| 1/5/23 11:10 AM | 14194959611 |
| 1/5/23 11:25 AM | 16198105452 |
| 1/5/23 2:23 PM | 17792028116 |
| 1/5/23 2:31 PM | 16193537534 |
| 1/5/23 2:57 PM | 19592106277 |
| 1/5/23 4:47 PM | 16198105466 |
| 1/6/23 9:47 AM | 19523951364 |
| 1/6/23 11:05 AM | 16193537535 |
| 1/6/23 12:47 PM | 16198105452 |
| 1/6/23 1:38 PM | 12762265505 |
| 1/6/23 2:09 PM | 12393763183 |
| 1/6/23 2:39 PM | 16198105455 |
| 1/6/23 4:10 PM | 16193537536 |
| 1/6/23 5:32 PM | 16194820999 |
| 1/9/23 11:41 AM | 16198105447 |
| 1/9/23 11:57 AM | 12722063077 |
| 1/9/23 1:28 PM | 16198105455 |
| 1/9/23 4:10 PM | 16194554013 |
| 1/9/23 4:41 PM | 16194847745 |

ORIGINAL COMPLAINT

| 1/9/23 4:52 PM | 16193537536 |
|---|---|
| 1/10/23 10:25 AM | 16194170665 |
| 1/10/23 11:10 AM | 12792274926 |
| 1/10/23 12:54 PM | 16198105449 |
| 1/10/23 1:39 PM | 16194251786 |
| 1/10/23 3:25 PM | 16193537534 |
| 1/10/23 3:54 PM | 17432129880 |
| 1/10/23 4:16 PM | 12136000593 |
| 1/10/23 5:32 PM | 14242202372 |
| 1/11/23 11:01 AM | 16198105448 |
| 1/11/23 11:09 AM | 16194551301 |
| 1/11/23 1:41 PM | 16194948862 |
| 1/11/23 2:50 PM | 16198105455 |
| 1/11/23 4:28 PM | 16198105453 |
| 1/12/23 2:43 PM | 16193537536 |
| 1/12/23 2:56 PM | 16192014776 |
| 1/12/23 4:39 PM | 16199845557 |
| 1/13/23 12:50 PM | 15024300337 |
| 1/13/23 1:02 PM | 16193537531 |
| 1/13/23 3:26 PM | 16198105445 |
| 1/16/23 11:17 AM | 16198105457 |
| 1/16/23 2:49 PM | 16193537533 |
| 1/16/23 4:22 PM | 16193537531 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 1/16/23 5:14 PM | 16192018141 |
| 1/17/23 10:51 AM | 13186289786 |
| 1/17/23 12:29 PM | 16198105463 |
| 1/17/23 2:39 PM | 16198105447 |
| 1/17/23 4:14 PM | 16198105457 |
| 1/18/23 1:14 PM | 16198105453 |
| 1/18/23 3:14 PM | 16198105447 |
| 1/18/23 3:52 PM | 16192014181 |
| 1/18/23 5:40 PM | 14243376567 |
| 1/19/23 10:25 AM | 16193074573 |
| 1/19/23 10:48 AM | 17402867341 |
| 1/19/23 10:48 AM | 17402867341 |
| 1/19/23 11:13 AM | 16198105456 |
| 1/19/23 12:00 PM | 16194867133 |
| 1/19/23 1:09 PM | 16198105455 |
| 1/19/23 3:32 PM | 16193537534 |
| 1/19/23 4:10 PM | 16192012109 |
| 1/19/23 4:26 PM | 13168889512 |
| 1/19/23 5:30 PM | 16194500398 |
| 1/20/23 8:37 AM | 16193080339 |
| 1/20/23 8:55 AM | 16192017075 |
| 1/20/23 11:00 AM | 18662643189 |
| 1/20/23 11:29 AM | 16198105457 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 1/20/23 12:34 PM | 18662643189 |
| 1/20/23 1:23 PM | 16198105464 |
| 1/20/23 1:53 PM | 16197844805 |
| 1/20/23 3:01 PM | 16198105447 |
| 1/20/23 4:47 PM | 16193537535 |
| 1/23/23 10:42 AM | 16192321885 |
| 1/23/23 11:17 AM | 18662643189 |
| 1/23/23 11:22 AM | 16199845558 |
| 1/23/23 1:02 PM | 18667176099 |
| 1/23/23 1:35 PM | 16194500563 |
| 1/23/23 2:00 PM | 16198105447 |
| 1/23/23 2:03 PM | 18667176099 |
| 1/23/23 2:09 PM | 16194043468 |
| 1/23/23 3:33 PM | 18662643189 |
| 1/23/23 4:00 PM | 16198105465 |
| 1/23/23 4:32 PM | 16194500764 |
| 1/24/23 10:37 AM | 18563712802 |
| 1/24/23 10:44 AM | 16193918069 |
| 1/24/23 11:04 AM | 18666986856 |
| 1/24/23 11:16 AM | 16198105449 |
| 1/24/23 11:42 AM | 16198685667 |
| 1/24/23 12:08 PM | 16194500249 |
| 1/24/23 12:57 PM | 16198105461 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 1/24/23 1:03 PM | 18665599395 |
| 1/24/23 2:30 PM | 18665599395 |
| 1/24/23 3:21 PM | 16198105458 |
| 1/24/23 4:01 PM | 18666988011 |
| 1/24/23 4:18 PM | 16194687238 |
| 1/24/23 4:53 PM | 16198105446 |
| 1/25/23 10:14 AM | 16192012188 |
| 1/25/23 10:14 AM | 16192345725 |
| 1/25/23 11:02 AM | 18663956786 |
| 1/25/23 11:11 AM | 16198105455 |
| 1/25/23 11:48 AM | 13312876888 |
| 1/25/23 11:49 AM | 13312876888 |
| 1/25/23 11:50 AM | 13312876888 |
| 1/25/23 11:51 AM | 13312876888 |
| 1/25/23 11:52 AM | 13312876888 |
| 1/25/23 11:52 AM | 13312876888 |
| 1/25/23 1:04 PM | 16198105453 |
| 1/25/23 1:21 PM | 18665599395 |
| 1/25/23 2:18 PM | 12764940320 |
| 1/25/23 2:19 PM | 12764940320 |
| 1/25/23 2:58 PM | 18666988011 |
| 1/25/23 3:45 PM | 16192655299 |
| 1/25/23 3:47 PM | 16198105460 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 1/25/23 4:27 PM | 18663956786 |
| 1/26/23 9:27 AM | 16193158792 |
| 1/26/23 11:00 AM | 18665599395 |
| 1/26/23 12:02 PM | 16194500396 |
| 1/26/23 12:47 PM | 16199845558 |
| 1/26/23 1:13 PM | 18666988011 |
| 1/26/23 2:25 PM | 16198105445 |
| 1/26/23 2:50 PM | 18666988011 |
| 1/26/23 3:19 PM | 16198105463 |
| 1/26/23 4:13 PM | 18666988011 |
| 1/27/23 8:00 AM | 16199752987 |
| 1/27/23 10:00 AM | 16194356372 |
| 1/27/23 10:20 AM | 14422485677 |
| 1/27/23 11:02 AM | 18663956786 |
| 1/27/23 2:16 PM | 18038712609 |
| 1/27/23 2:55 PM | 16198105456 |
| 1/27/23 4:55 PM | 16198105458 |
| 1/28/23 12:51 PM | 16199752987 |
| 1/30/23 10:29 AM | 19184711474 |
| 1/30/23 10:59 AM | 15342204478 |
| 1/30/23 11:01 AM | 18665599395 |
| 1/30/23 11:43 AM | 16193537533 |
| 1/30/23 12:56 PM | 15618317256 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 1/30/23 1:08 PM | 18663956786 |
| 1/30/23 2:34 PM | 18666988011 |
| 1/30/23 3:26 PM | 16198105449 |
| 1/30/23 4:05 PM | 18665599395 |
| 1/31/23 8:28 AM | 16199752987 |
| 1/31/23 8:59 AM | 17083913377 |
| 1/31/23 11:11 AM | 18663956786 |
| 1/31/23 12:30 PM | 16198105463 |
| 1/31/23 1:03 PM | 18663018360 |
| 1/31/23 1:35 PM | 16198105460 |
| 1/31/23 2:33 PM | 18663032143 |
| 1/31/23 3:06 PM | 16198105446 |
| 1/31/23 3:53 PM | 18663018360 |
| 1/31/23 4:18 PM | 16194173028 |
| 1/31/23 4:35 PM | 17076731144 |
| 1/31/23 4:37 PM | 16198105447 |
| 2/1/23 11:13 AM | 18663018360 |
| 2/1/23 12:05 PM | 14108620602 |
| 2/1/23 12:42 PM | 16198105460 |
| 2/1/23 1:00 PM | 18663018360 |
| 2/1/23 1:09 PM | 16199752987 |
| 2/1/23 1:17 PM | 16199845557 |
| 2/1/23 1:57 PM | 16193537535 |

ORIGINAL COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 2/1/23 2:03 PM | 18663018360 |
| 2/1/23 3:33 PM | 18663954718 |
| 2/1/23 3:41 PM | 16198105465 |
| 2/1/23 4:05 PM | 16199510278 |
| 2/2/23 11:03 AM | 16193537535 |
| 2/2/23 11:24 AM | 18663032143 |
| 2/2/23 12:43 PM | 16198105445 |
| 2/2/23 1:03 PM | 18663032143 |
| 2/2/23 2:03 PM | 16193423558 |
| 2/2/23 2:32 PM | 18663954718 |
| 2/2/23 2:32 PM | 16193537533 |
| 2/2/23 4:01 PM | 18663954718 |
| 2/2/23 4:15 PM | 16198105458 |
| 2/3/23 11:15 AM | 16198105464 |
| 2/3/23 11:50 AM | 13217654553 |
| 2/3/23 12:02 PM | 13348345412 |
| 2/3/23 2:04 PM | 16198105448 |
| 2/3/23 3:13 PM | 16194717006 |
| 2/3/23 4:44 PM | 16199837469 |
| 2/3/23 4:59 PM | 16194555510 |
| 2/6/23 11:05 AM | 16198105453 |
| 2/6/23 11:10 AM | 16194928947 |
| 2/6/23 12:50 PM | 16199837487 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 2/6/23 2:34 PM | 16199837495 |
| 2/6/23 4:08 PM | 16199837464 |
| 2/6/23 4:54 PM | 16198363964 |
| 2/7/23 11:04 AM | 19038392585 |
| 2/7/23 11:17 AM | 16052913345 |
| 2/7/23 11:58 AM | 16198105464 |
| 2/7/23 12:07 PM | 18124767866 |
| 2/7/23 1:33 PM | 18392248349 |
| 2/7/23 1:43 PM | 16193537535 |
| 2/7/23 3:32 PM | 16199837404 |
| 2/8/23 12:01 PM | 16198105463 |
| 2/8/23 12:49 PM | 16196308775 |
| 2/8/23 1:00 PM | 13862097670 |
| 2/8/23 1:32 PM | 16193537534 |
| 2/8/23 3:06 PM | 16199837464 |
| 2/8/23 4:40 PM | 16199837487 |
| 2/9/23 9:00 AM | 16194455686 |
| 2/9/23 11:26 AM | 16198105445 |
| 2/9/23 1:18 PM | 16199837404 |
| 2/9/23 4:27 PM | 16199837470 |
| 2/10/23 10:17 AM | 16199218586 |
| 2/10/23 11:03 AM | 16198105452 |
| 2/10/23 1:29 PM | 16199845547 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 2/10/23 3:45 PM | 16198105456 |
| 2/11/23 9:17 AM | 16194554326 |
| 2/13/23 8:18 AM | 16194551512 |
| 2/13/23 11:12 AM | 15183256650 |
| 2/13/23 4:05 PM | 16198105466 |
| 2/14/23 11:08 AM | 16198105453 |
| 2/14/23 2:43 PM | 16198105457 |
| 2/14/23 4:49 PM | 16198105445 |
| 2/15/23 9:46 AM | 14235374129 |
| 2/15/23 1:25 PM | 16198105452 |
| 2/15/23 2:35 PM | 13374456308 |
| 2/15/23 3:45 PM | 16198105448 |
| 2/16/23 10:43 AM | 16193299021 |
| 2/16/23 11:55 AM | 16198105448 |
| 2/16/23 12:16 PM | 16192017814 |
| 2/16/23 12:26 PM | 19038392585 |
| 2/16/23 2:30 PM | 16198105452 |
| 2/16/23 4:36 PM | 16199837404 |
| 2/17/23 9:36 AM | 12097599914 |
| 2/17/23 9:46 AM | 16194186659 |
| 2/17/23 1:30 PM | 12052733662 |
| 2/17/23 3:13 PM | 16199837463 |
| 2/17/23 3:44 PM | 14707650152 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 2/17/23 3:48 PM | 16194620379 |
| 2/17/23 4:16 PM | 16199410137 |
| 2/17/23 5:27 PM | 16194128694 |
| 2/18/23 2:35 PM | 16194558716 |
| 2/20/23 10:18 AM | 16194738749 |
| 2/20/23 11:30 AM | 16199837408 |
| 2/20/23 3:24 PM | 16198105452 |
| 2/20/23 4:20 PM | 16194938376 |
| 2/21/23 11:14 AM | 16193537535 |
| 2/21/23 11:47 AM | 15598776458 |
| 2/21/23 12:49 PM | 12707262927 |
| 2/21/23 1:51 PM | 16199837487 |
| 2/21/23 1:55 PM | 16013430909 |
| 2/21/23 3:45 PM | 16199837495 |
| 2/22/23 11:45 AM | 16198105453 |
| 2/22/23 1:38 PM | 16194556644 |
| 2/22/23 1:42 PM | 16199837472 |
| 2/22/23 3:25 PM | 16198105460 |
| 2/22/23 4:37 PM | 16194799062 |
| 2/22/23 5:24 PM | 16194219832 |
| 2/22/23 6:55 PM | 16194552865 |
| 2/23/23 9:25 AM | 16194201094 |
| 2/23/23 12:00 PM | 16199837404 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 2/23/23 2:00 PM | 16194930180 |
| 2/23/23 2:27 PM | 16194554917 |
| 2/23/23 2:48 PM | 16194444061 |
| 2/23/23 2:49 PM | 16194139124 |
| 2/23/23 3:12 PM | 16199837490 |
| 2/23/23 3:46 PM | 16195303809 |
| 2/23/23 4:30 PM | 16194551137 |
| 2/23/23 4:48 PM | 16198105464 |
| 2/23/23 5:12 PM | 13188161234 |
| 2/23/23 5:47 PM | 16194472307 |
| 2/23/23 6:49 PM | 16194472307 |
| 2/24/23 11:37 AM | 16194555495 |
| 2/24/23 12:57 PM | 16199837253 |
| 2/24/23 1:08 PM | 16194842321 |
| 2/24/23 2:30 PM | 16199845557 |
| 2/24/23 4:30 PM | 16199837490 |
| 2/24/23 6:29 PM | 16194551968 |
| 2/25/23 11:34 AM | 12692224420 |
| 2/27/23 1:36 PM | 16194500796 |
| 2/27/23 1:51 PM | 19104478119 |
| 2/27/23 2:10 PM | 16193537535 |
| 2/27/23 3:45 PM | 16198105457 |
| 2/28/23 9:47 AM | 16194802961 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 2/28/23 11:06 AM | 16198105463 |
| 2/28/23 1:10 PM | 16198105457 |
| 2/28/23 1:58 PM | 16194557348 |
| 2/28/23 3:38 PM | 16194554434 |
| 2/28/23 4:22 PM | 16194472307 |
| 2/28/23 4:54 PM | 16194701553 |
| 2/28/23 5:31 PM | 16194553406 |
| 2/28/23 5:52 PM | 16194701553 |
| 3/1/23 11:48 AM | 16194100290 |
| 3/1/23 1:15 PM | 12135945729 |
| 3/3/23 11:35 AM | 14243376824 |
| 3/7/23 11:10 AM | 16072005741 |
| 3/7/23 12:40 PM | 16194500643 |
| 3/7/23 4:17 PM | 17063816542 |
| 3/8/23 10:23 AM | 18163084041 |
| 3/8/23 11:36 AM | 12254512963 |
| 3/9/23 12:48 PM | 18592951757 |
| 3/10/23 2:21 PM | 16194496056 |
| 3/11/23 3:10 PM | 12393882769 |
| 3/13/23 5:49 PM | 16196181432 |
| 3/14/23 12:18 PM | 17272633746 |
| 3/15/23 9:29 AM | 16194820976 |
| 3/16/23 3:39 PM | 16194212982 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 3/16/23 5:09 PM | 16036029596 |
| 3/17/23 8:53 AM | 16194336247 |
| 3/18/23 10:05 AM | 16194500773 |
| 3/20/23 8:06 AM | 16194447730 |
| 3/20/23 5:37 PM | 17862047883 |
| 3/21/23 3:37 PM | 16194560344 |
| 3/22/23 12:16 PM | 16194257070 |
| 3/22/23 2:26 PM | 16467263928 |
| 3/24/23 1:01 PM | 16467263928 |
| 3/24/23 2:37 PM | 17865511665 |
| 3/27/23 12:10 PM | 16194334415 |
| 3/28/23 10:27 AM | 13612627127 |
| 3/28/23 1:42 PM | 16194923140 |
| 3/29/23 1:57 PM | 12074777639 |
| 3/29/23 2:33 PM | 13055172696 |
| 3/30/23 11:55 AM | 17275017393 |
| 3/31/23 11:03 AM | 13179611923 |
| 4/4/23 10:43 AM | 13393294514 |
| 4/6/23 2:11 PM | 17799391844 |
| 4/7/23 9:49 AM | 16193248438 |
| 4/7/23 11:11 AM | 16195646220 |
| 4/7/23 11:34 AM | 16192703548 |
| 4/7/23 1:57 PM | 12514408404 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 4/8/23 12:10 PM | 14402871944 |
| 4/10/23 9:40 AM | 17274311324 |
| 4/11/23 9:44 AM | 16198255757 |
| 4/11/23 10:02 AM | 16194500985 |
| 4/11/23 11:15 AM | 16197774756 |
| 4/12/23 1:50 PM | 13392732607 |
| 4/13/23 8:39 AM | 12057946298 |
| 4/13/23 1:46 PM | 13232433474 |
| 4/14/23 12:59 PM | 12076856166 |
| 4/14/23 12:59 PM | 16194551400 |
| 4/18/23 2:39 PM | 16195357163 |
| 4/18/23 2:40 PM | 16195357163 |
| 4/21/23 12:44 PM | 16092372552 |
| 4/24/23 9:40 AM | 14242527552 |
| 4/24/23 10:06 AM | 14342126709 |
| 4/24/23 2:21 PM | 13372180759 |
| 4/25/23 11:02 AM | 16232783944 |
| 4/25/23 3:21 PM | 18652390416 |
| 4/26/23 10:42 AM | 12252856594 |
| 4/26/23 2:14 PM | 14144486809 |
| 4/26/23 2:24 PM | 18434303800 |
| 4/27/23 12:48 PM | 13475848768 |
| 4/27/23 12:56 PM | 13372180544 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 4/28/23 9:13 AM | 16194264494 |
| 4/28/23 1:58 PM | 18642657132 |
| 4/28/23 1:58 PM | 18642657132 |
| 4/29/23 12:17 PM | 18022153156 |
| 5/2/23 10:09 AM | 13372180568 |
| 5/2/23 3:33 PM | 19014308489 |
| 5/2/23 3:34 PM | 19014308489 |
| 5/5/23 11:17 AM | 17866730983 |
| 5/5/23 11:19 AM | 17866730983 |
| 5/5/23 1:28 PM | 17258888276 |
| 5/5/23 3:06 PM | 19512219296 |
| 5/7/23 1:51 PM | 16194500354 |
| 5/8/23 8:24 AM | 17866730983 |
| 5/8/23 8:27 AM | 18582032236 |
| 5/8/23 10:19 AM | 16194500268 |
| 5/8/23 10:28 AM | 16162660525 |
| 5/8/23 11:10 AM | 16194846233 |
| 5/8/23 11:46 AM | 18203465685 |
| 5/9/23 9:37 AM | 19253861406 |
| 5/9/23 9:58 AM | 16194754442 |
| 5/9/23 10:42 AM | 16194195797 |
| 5/10/23 10:09 AM | 16194364851 |
| 5/10/23 12:06 PM | 16194765882 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 5/10/23 1:45 PM | 16194505465 |
| 5/11/23 12:46 PM | 17866730983 |
| 5/11/23 1:51 PM | 16194792610 |
| 5/11/23 1:52 PM | 16194792610 |
| 5/12/23 9:50 AM | 13852170378 |
| 5/12/23 10:56 AM | 14426003506 |
| 5/12/23 12:40 PM | 16194880272 |
| 5/12/23 3:02 PM | 16194358960 |
| 5/15/23 1:21 PM | 16194570410 |
| 5/16/23 10:10 AM | 16194478886 |
| 5/16/23 4:34 PM | 16197667376 |
| 5/16/23 4:51 PM | 18884895214 |
| 5/17/23 10:32 AM | 16194781598 |
| 5/17/23 10:51 AM | 15402998338 |
| 5/17/23 2:02 PM | 16194238683 |
| 5/18/23 8:05 AM | 18884830576 |
| 5/18/23 8:06 AM | 18884830576 |
| 5/18/23 8:13 AM | 18886610343 |
| 5/18/23 9:49 AM | 19852314159 |
| 5/18/23 10:37 AM | 19342148171 |
| 5/18/23 12:14 PM | 18884941796 |
| 5/18/23 2:39 PM | 14323144064 |
| 5/18/23 4:11 PM | 16194275532 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 5/18/23 5:30 PM | 19202764500 |
| 5/19/23 9:30 AM | 16194755296 |
| 5/19/23 11:53 AM | 16193292339 |
| 5/19/23 1:25 PM | 16592175556 |
| 5/19/23 2:18 PM | 12672820703 |
| 5/20/23 10:47 AM | 16193292339 |
| 5/22/23 7:41 AM | 14708756147 |
| 5/22/23 10:56 AM | 16194894710 |
| 5/22/23 1:26 PM | 15014800627 |
| 5/22/23 5:12 PM | 14782765059 |
| 5/23/23 11:31 AM | 18775230442 |
| 5/23/23 2:08 PM | 16197289166 |
| 5/23/23 2:31 PM | 13218952472 |
| 5/23/23 3:53 PM | 16194332537 |
| 5/24/23 9:03 AM | 16194307991 |
| 5/24/23 10:44 AM | 12096447026 |
| 5/24/23 10:57 AM | 15342050593 |
| 5/24/23 12:18 PM | 16194891033 |
| 5/24/23 1:09 PM | 12096446929 |
| 5/24/23 2:14 PM | 16194130684 |
| 5/24/23 3:03 PM | 12058400810 |
| 5/24/23 3:15 PM | 19093788181 |
| 5/25/23 8:44 AM | 16194633522 |

ORIGINAL COMPLAINT

| | |
|---|---|
| 5/25/23 9:44 AM | 16194644974 |
| 5/25/23 10:24 AM | 18203465689 |
| 5/25/23 10:38 AM | 16194332789 |
| 5/25/23 11:59 AM | 13134885265 |
| 5/25/23 1:18 PM | 16194924458 |
| 5/25/23 3:42 PM | 16203360629 |
| 5/25/23 4:12 PM | 16194976113 |
| 5/26/23 8:45 AM | 16194759475 |
| 5/26/23 10:01 AM | 16194265033 |
| 5/26/23 1:17 PM | 16194226400 |
| 5/26/23 2:53 PM | 16194882499 |
| 5/26/23 3:03 PM | 13127568874 |
| 5/27/23 9:58 AM | 16194500154 |
| 5/27/23 11:41 AM | 16194500371 |
| 5/30/23 8:42 AM | 16194405472 |
| 5/30/23 9:56 AM | 13143501514 |
| 5/30/23 10:08 AM | 17868768895 |
| 5/30/23 10:48 AM | 14426003506 |
| 5/30/23 11:40 AM | 18582107148 |
| 5/30/23 11:53 AM | 16194500857 |
| 5/30/23 12:18 PM | 13127568874 |
| 5/30/23 2:19 PM | 12563765953 |
| 5/30/23 4:15 PM | 12293357216 |

ORIGINAL COMPLAINT

| 5/30/23 4:15 PM | 12293357216 |
| 5/30/23 4:21 PM | 12519107171 |
| 5/31/23 8:37 AM | 16194536135 |
| 5/31/23 9:13 AM | 15405729703 |
| 5/31/23 1:18 PM | 13127568874 |

95.   Mr. Charman has limited data storage capacity on his cellular telephone. Incoming telemarketing calls consumed part of this capacity.

## VICARIOUS LIABILITY OF  DEFENDANTS
### Actual Authority

96.   Actual authority exists when (1) a principal/agent relationship exists, (2) the principal controlled or had the right to control the alleged agent's conduct, and (3) the alleged conduct fell within the scope of the agency. See Spitz v. Proven Winners N. Am., LLC, 759 F.ed 724, 732 (7th Cir. 2014) (interpreting Illinois law, which like federal common law, accords with the Restatement of Agency, Opp v. Wheaton Van Lines, Inc., 231 F.3d 1060, 1064 (7th Cir. 2010));

see also Warciak v. Subway Rests., Inc., 949 F.3d 354, 357

(7th Cir. 2020) ("Express authority exists when a principal

expressly authorizes an agent and the agent acts on the principal's

behalf and subject to the principal's control.").

97.      An agency relationship was created when Ms. Brown

hired the anonymous third-party telemarketer who acted as

Defendant Ms. Brown's agent when they initiated calls to

Plaintiff's cell phone.

98.      Defendant Ms. Brown and/or Insurance Supermarket

exercised control over the third-party telemarketer by providing age

restrictions, examples of parameters of the solicited consumers and

prescribing during what hours to make the phone calls.

99.      Defendant Ms. Brown and/or Insurance Supermarket

entered into the telemarketing agreement in furtherance of

Insurance Supermarket's business of the solicitation of insurance

products and was acting within the scope of their appointment as a

licensed insurance agent of Insurance Supermarket.

100.     Insurance Supermarket exercises control and authority over

its appointed agents by prescribing the manner in which agents will solicit consumers.

101.    Insurance Supermarket expects appointed agents to market and sell insurance products as part of their appointment and in the furtherance of Insurance Supermarket's goods and services.

102.    Insurance Supermarket knows and expects appointed agents to make phone calls as part of furthering Insurance Supermarket's goods and services.

103.    Insurance Supermarket appointed Ms. Brown as an agent and gave her actual authority to market goods and services in furtherance of Insurance Supermarket's business.

104.  Insurance Supermarket appointed Ms. Brown to sell its goods and services, Ms. Brown hired a third-party telemarketer to effectuate telemarketing, and the third-party telemarketer made the unwanted robocalls on behalf of Insurance Supermarket through its appointed agent Ms. Brown

105.  Insurance Supermarket is liable for the calls placed by its subagent, the third-party vendor hired by Defendant Brown.

106.  Defendant Brown is an agent of Insurance Supermarket.  The third-party vendor is an agent of Defendant Brown.  The third-party vendor is Insurance Supermarket's subagent.

107.  Defendant Insurance Supermarket is vicariously liable under the theories of actual authority and ratification, and as well as liable because any other result would impair the underlying purpose of the TCPA.

108.  Defendant Insurance Supermarket is the liable party as the direct beneficiary of the illegal telemarketing calls as they stood to gain Plaintiff as a client and sold Plaintiff goods and services.

109.  The policy shows that the beneficial party who was gaining customers was Defendant Insurance Supermarket.

110.  Through Defendant Ms. Brown, Defendant Insurance Supermarket authorized an anonymous third-party telemarketer to generate prospective customers. Defendant Insurance Supermarket hired a third party to promote its products and services. Defendant's integration of robocalling into its sales process was so seamless that it appeared to an outside party like Plaintiff that the third-party

telemarketer was the telemarketing department of Defendant Insurance Supermarket.

111.   Through information and belief, the unidentified third-party vendor/telemarketer is an offshore entity outside the reach and jurisdiction of the laws of the United States.  Failure to hold Defendant Insurance Supermarket liable would encourage all companies to offshore their telemarketing operations and render the TCPA unenforceable.

**THE SELLERS SHOULD BE HELD LIABLE TO UPHOLD THE DETERRENT EFFECT AND PURPOSE OF THE TCPA**

112.   As the court ruled in Jackson v Caribbean Cruise Line, Inc., the defendant sellers should be held liable for their violations of the TCPA. Courts have looked at the purpose of the TCPA and found that not holding the sellers liable through vicarious liability would undermine the purpose of the TCPA.

**INJURY, HARM, DAMAGES, and ACTUAL DAMAGES AS A RESULT OF THE CALLS**

113.   Defendant's calls harmed Plaintiff by causing the very harm that Congress sought to prevent—a "nuisance and invasion of privacy."

114.  Defendant's calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone.

115.  Defendant's calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone line.

116.  Defendant's calls harmed Plaintiff by intruding upon Plaintiff's seclusion.

117.  The Plaintiff has been harmed, injured, and damaged by the calls including, but not limited to: reduced device storage space, reduced data plan usage, anger, frustration, invasion of privacy, more frequent cell phone charging, and reduced enjoyment of Plaintiff's cell phone.

### COUNT ONE:
### (Violation of the TCPA "Sales Call/DNC" Prohibition, 47 U.S.C. 227(c), and 47 C.F.R. § 64.1200(C))
### (Against All ("Defendants"))

124.  Plaintiff incorporates the foregoing allegations as if fully set forth herein.

125.  The foregoing acts and omissions of ("Defendants") and/or their affiliates or agents constitute a violation of FCC regulations by making multiple telemarketing solicitations to a consumer on the National Do-Not-Call Registry within a 12-month period in violation of 47 C.F.R. § 64.1200(c)(2).

126.  Plaintiff is entitled to an award of at least $500 in damages for each such violation 47 U.S.C. § 227(c)(5)(B).

127.  Plaintiff is entitled to an award up to $1,500 in damages for each knowing or willful violation of 47 U.S.C. § 227(c)(3)(F)

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff THANE CHARMAN prays for judgment against the defendants jointly and severally as follows:

A.    Leave to amend this Complaint to name additional DOESs as they are identified and to conform to the evidence presented at trial.

B.    An award of $1500 per call in statutory damages arising from the TCPA §227(c) intentional violations jointly and severally against the corporations and individuals for 809 calls.

ORIGINAL COMPLAINT

C.  An award to Mr. Charman of damages, as allowed by law under the TCPA.

D.  An award to Mr. Charman of interest, costs, and attorneys' fees, as allowed by law and equity

E.  Such further relief as the Court deems necessary, just, and proper.

DEMAND FOR JURY TRIAL

Dated: August 14, 2023                  respectfully submitted,

By:  /S/ Thane Charman

Thane Charman
Plaintiff, Pro Se

ORIGINAL COMPLAINT