# U.S. District Court

## California Southern - San Diego

**THIS IS A COPY**

Receipt Date: Aug 16, 2023 2:17PM

Thane Charman
2270 Boundary St
San Diego, CA 92104

Rcpt. No: 147612        Trans. Date: Aug 16, 2023 2:17PM        Cashier ID: #JC

| CD  | Purpose                     | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-----------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner | DCAS323CV001505 /001 | 1   | 402.00 | 402.00 |

| CD | Tender |      |            | Amt     |
|----|--------|------|------------|---------|
| CH | Check  | #174 | 08/16/2023 | $402.00 |

Total Due Prior to Payment:  $402.00
Total Tendered:  $402.00
Total Cash Received:  $0.00
Cash Change Amount:  $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.