UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET INC. and MARREESHA BROWN,<br><br>                                    Defendants. | Case No.:  3:23-cv-1505-WQH-DEB<br><br>**ORDER** |

HAYES, Judge:

On October 26, 2023, Plaintiff Thane Charman filed a Motion to Grant Leave to Electronically File. (ECF No. 6.)

Pursuant to the ECF Manual, pro se litigants are required to submit and file all documents in paper form unless the court grants the litigant leave to electronically file. *See* ECF Manual § 2(b). "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.*

In his motion, Plaintiff states his equipment and software capabilities and "[a]gree[s] to follow all rules and policies in the CM/ECF Administrative Policies and Procedures

Manual." (ECF No. 6 at 1–2.) The Court finds Plaintiff has satisfied the requirements for obtaining leave to electronically file documents.

IT IS HEREBY ORDERED that the Motion to Grant Leave to Electronically File (ECF No. 6) is granted. Plaintiff is required to follow all rules and policies in the ECF Manual, available via the Court's website. As stated in the ECF Manual, Plaintiff "must register as a user with the Clerk's Office and as a subscriber to PACER within five (5) days" if he has not already done so. ECF Manual § 2(b).

Dated: October 30, 2023

Hon. William Q. Hayes
United States District Court