

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Thane Charman

                                    Plaintiff,
                    V.

Insurance Supermarket Inc., et al.

                                    Defendant.

FILED
3/18/2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            A. Sudan , Deputy

Civil No.  23-cv-1505-WQH-DEB

**STRICKEN DOCUMENT:**

Joint MOTION to Amend/Correct

**Per Order #     16**

15