1  Thane Charman
   2270 Boundary St.
2  San Diego, CA 92104
   Telephone: 800-673-4384
3  E-mail: OBEY.TCPA@GMAIL.COM

4  Plaintiff, Pro Se

5  Shannon B. Nakabayashi (State Bar No. 215469)
   Robert Yang (State Bar No. 312964)
6  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
7  San Francisco, California 94111
   Telephone:  (415) 394-9400
8  Facsimile:  (415) 394-9401
   E-mail:  Shannon.Nakabayashi@jacksonlewis.com
9  E-mail:  Rob.Yang@jacksonlewis.com

10 Attorneys for Defendants
   INSURANCE SUPERMARKET, INC.
11 AND MARREESHA BROWN

12

13              UNITED STATES DISTRICT COURT

14             SOUTHERN DISTRICT OF CALIFORNIA

15

16 THANE CHARMAN, individual,        Case No. 3:23-cv-01505-WQH-DEB

17            Plaintiff,

18     v.                            **JOINT MOTION ALLOWING
                                     PLAINTIFF TO FILE FIRST
19 INSURANCE SUPERMARKET, INC.       AMENDED COMPLAINT**
   a Delaware Incorporation,
20 MARREESHA BROWN, an individual
21            Defendants.            Complaint Filed:   08/16/2023
                                     Trial Date:        Not set
22

23

24     TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

25     Plaintiff THANE CHARMAN ("Plaintiff") and Defendants INSURANCE

26 SUPERMARKET, INC. ("ISI") and MARREESHA BROWN ("Brown") (ISI and

27 Brown will hereinafter be referred to collectively as "Defendants") (collectively,

28 Plaintiff and Defendants will hereinafter be referred to as the "Parties"), by and

                                     1

through their undersigned counsel, hereby respectfully submit this Joint Motion Allowing Plaintiff to File First Amended Complaint.

## I.      RELEVANT FACTUAL AND PROCEDURAL BACKGROUND

On August 16, 2023, Plaintiff filed his Complaint in the United States District Court for the Southern District of California. (ECF No. 1.) On October 2, 2023, Defendants filed their Answer to the Complaint. (ECF No. 4.)

On December 20, 2023, the Court held a Case Management Conference. Following the Case Management Conference, the Court entered a Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings ("Scheduling Order"). (ECF No. 12.) Pursuant to the Scheduling Order, the Court ordered that "[a]ny motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **February 3, 2024**. (*Id*. (emphasis in original).)

On or about February 22, 2024, and while preparing responses to Plaintiff's discovery requests, Defendants advised Plaintiff that Insurance Supermarket, Inc. contracted with EDM Leads, LLC ("EDM") to perform lead generation, consumer contract and online marketing services.

On February 23, 2024, the Court held a Status Conference with the Parties to discuss the status of the case. During the Status Conference, the Parties advised the Court of EDM and that EDM was a necessary party to the litigation. The Parties advised that either Plaintiff will amend the pleadings to add EDM as a party or that Defendants would file a cross-claim against Defendants, subject to the Court's approval.

On February 29, 2024, ISI served its written responses to Plaintiff's discovery requests. ISI also produced responsive documents, that included a copy of the Master Services Agreement between ISI and EDM.

Throughout March of 2024, the Parties met and conferred and agreed that EDM is an indispensable party to the ligation.

///

JOINT MOTION AND [PROPOSED] ORDER
ALLOWING PLAINTIFF TO FILE FAC      Case No. 3:23-cv-01505-WQH-DEB

## II.  LEGAL ARGUMENTS

Federal Rule of Civil Procedure 15(a) allows a party leave to amend its pleading once as a matter of right prior to service of a responsive pleading. Thereafter, "a party may amend that party's pleading only by leave of the court or by written consent of the adverse party and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). The Ninth Circuit has instructed that this policy is "'to be applied with extreme liberality.'" *Owens v. Kaiser Foundation Health Plan, Inc*., 244 F.3d 708, 712 (9th Cir. 2001). "Five factors are taken into account to assess the propriety of a motion for leave to amend: bad faith, undue delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has previously amended the complaint." *Johnson v. Buckley*, 356 F.3d 1067, 1077 (9th Cir. 2004) (citing *Nunes v. Ashcroft*, 348 F.3d 815, 818 (9th Cir. 2003)). The decision whether to grant leave to amend "is entrusted to the sound discretion of the trial court." *Pisciotta v. Teledyne Indus*., 91 F.3d 1326, 1331 (9th Cir. 1996).

As discussed herein, the relevant factors favor granting Plaintiff leave to file his First Amended Complaint. Plaintiff has not previously amended his complaint, and there is no evidence or suggestion of bad faith by Plaintiff or prejudice to Defendants. Indeed, Defendants jointly make this motion. In addition, there is no undue delay as this case is in its infancy and discovery only just beginning. Finally, the proposed amendment do not appear to be futile.

## III.  CONCLUSION

Therefore, good cause exists for Plaintiff to file his First Amended Complaint, which adds EDM as a party and associated allegations.

For all these reasons, the Parties hereby request an order, that:

- Plaintiff be granted leave to amend to file his First Amended Complaint, a copy of which is attached hereto as "**Exhibit A**."[1]

---

[1] Pursuant to Local Rule 15.1.b, a redlined version of the proposed First Amended Complaint is attached hereto as "**Exhibit B**."

3

- Defendants' responsive pleading shall be thirty (30) days after the First Amended Complaint is filed.

Dated:  March 19, 2024                         PLAINTIFF


By:   /s/ Thane Charman
      THANE CHARMAN

Dated:  March 19, 2024                         JACKSON LEWIS P.C.


By:   /s/ Robert Yang
      Shannon B. Nakabayashi
      Robert Yang
      Attorneys for Defendants
      INSURANCE SUPERMARKET,
      INC. AND MARREESHA BROWN

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Plaintiff Thane Charman, and that I have obtained Mr. Charman's authorization to affix his electronic signatures to this document.

Dated:  March 19, 2024                         JACKSON LEWIS P.C.


By:   /s/ Robert Yang
      Shannon B. Nakabayashi
      Robert Yang
      Attorneys for Defendants
      INSURANCE SUPERMARKET,
      INC. AND MARREESHA BROWN