1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET, INC.<br>a Delaware Incorporation,<br>MARREESHA BROWN, an individual<br><br>Defendants. | Case No. 3:23-cv-01505-WQH-DEB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:   08/16/2023<br>Trial Date:           Not set |

16  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

17       Having read and considered the Parties' Joint Motion Allowing Plaintiff to

18  File First Amended Complaint ("Joint Motion"), and upon finding good cause, the

19  Court hereby GRANTS the Joint Motion as follows:

20       IT IS HEREBY ORDERED that Plaintiff THANE CHARMAN is granted

21  leave to amend to file his First Amended Complaint, a copy of which is attached as

22  "**Exhibit A**" to the Joint Motion.

23       IT IS FURTHER ORDERED that Defendants INSURANCE

24  SUPERMARKET, INC.'S AND MARREESHA BROWN'S responsive pleading

25  shall be thirty (30) days after the First Amended Complaint is filed.

26       IT IS FURTHER ORDERED that the First Amended Complaint is deemed

27  filed as of the date this Order is transmitted via the CM/ECF system.

28

1
2

      IT IS SO ORDERED.

3

Dated:_____

4

                                    _____
HON. DANIEL E. BUTCHER

5

MAGISTRATE JUDGE

6
7

4856-6574-4045, v. 1

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER GRANTING JOINT MOTION
ALLOWING  PLTF TO FILE FAC       Case No. 3:23-cv-01505-WQH-DEB