# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET INC. and MARREESHA BROWN,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:23-cv-1505-WQH-DEB<br><br>**ORDER** |

HAYES, Judge:

　　IT IS HEREBY ORDERED that the Joint Motion Allowing Plaintiff to File First Amended Complaint (ECF No. 17) is granted pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiff shall file the proposed First Amended Complaint (ECF No. 17-1, Ex. A), entitled "First Amended Complaint," within seven (7) days of the entry of this Order. Defendants Insurance Supermarket Inc. and Marreesha Brown shall file a response to the First Amended Complaint within thirty (30) days of the filing of the First Amended Complaint.[1]

Dated: March 25, 2024

　　　　　　　　　　　　　　　　　　　*/s/ William Q. Hayes*
　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　United States District Court

---

[1] The thirty-day response deadline only applies to Defendants Insurance Supermarket Inc. and Marreesha Brown. Any new Defendant named in the First Amended Complaint shall file a response to the First Amended Complaint as provided for within the Federal Rules of Civil Procedure.