Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone:  800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET INC, a DELEWARE CORPORATION, EDM Leads, LLC a ARIZONA LIMITED LIABILITY COMPANY, and MARREESHA BROWN, an INDIVIDUAL<br><br><br>Defendants, | Civil Case No.: 3:23-cv-01505-WQH-DEB<br><br>1. WILLFUL VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT [47 U.S.C. §227(c)] 2. NEGLIGENT VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT [47 U.S.C. §227(c)]<br>DEMAND FOR JURY TRIAL |

## PLAINTIFF'S SECOND AMENDED COMPAINT

COMES NOW Plaintiff Thane Charman with his Second Amended

Complaint and will allege and show as follows:

AMENDED COMPLAINT

PARTIES

1.     Plaintiff THANE CHARMAN ("Plaintiff") is a natural person, and was present in California for the majority of calls in this case in San Diego County, California.

2.     Defendant Insurance Supermarket Inc ("ISM") is a corporation organized and existing under the laws of Delaware.

3.     Insurance Supermarket Inc's principal address is 1951 NW 7th Avenue Suite 600 Miami Fl 33136.

4.     Defendant Insurance Supermarket Inc can be served via registered agent CSC - Lawyers Incorporating Service 211 East 7th Street Suite 620 Austin, TX 78701

5.     Defendant EDM Leads LLC ("EDM") is a Limited Liability Company organized and existing under the laws of Arizona.

6.     Defendant EDM Leads LLC's principal address is 1166 E Warner Rd. Gilbert, Arizona 85296.

7.     Defendant EDM Leads LLC can be served via registered agent The English Financial Group LLC-2828 N Central Ave #1008, PHOENIX, AZ, 85004

8.     Defendant Marreesha J Brown ("Ms. Brown") is a natural person and a resident of Nebraska.

9.     Marreesha J Brown can be served C/O Marreesha J Brown 2301 South St, Lincoln, NE 68502-3047

## JURISDICTION AND VENUE

10.    **Jurisdiction**. This Court has federal-question subject matter jurisdiction over Plaintiff's TCPA claims pursuant to 28 U.S.C. § 1331 because the TCPA is a federal statute. Mims v. Arrow Fin. Servs., LLC, 565 U.S. 368, 372 (2012). This Court has supplemental subject matter jurisdiction over Plaintiff's claim.

11.    **Personal Jurisdiction**. This Court has specific personal jurisdiction over the Defendants because they have repeatedly purposefully placed calls to California residents, purposefully spoofed Plaintiff's California area code phone number, and derive revenue from California residents, and they sell goods and services to California residents, including the Plaintiff.

AMENDED COMPLAINT

12.   **Venue**. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1)-(2) because a substantial part of the events giving rise to the claims—the calls and sale of goods and services directed at California residents, including the Plaintiff—occurred in this District and because the Plaintiff was residing in the Southern District of California when he received a substantial if not every single call from the Defendants that are the subject matter of this lawsuit.

## THE TELEPHONE CONSUMER PROTECTION ACT OF 1991, 47 U.S.C. § 227

13.   In 1991, Congress enacted the TCPA to restrict the use of sophisticated telemarketing equipment that could target millions of consumers en masse. Congress found that these calls were not only a nuisance and an invasion of privacy to consumers specifically but were also a threat to interstate commerce generally. See S. Rep. No. 102-178, at 2-3 (1991), as reprinted in 1991 U.S.C.C.A.N. 1968, 1969-71.

14.   The TCPA makes it unlawful "to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or

prerecorded voice … to any telephone number assigned to a … cellular telephone service." 47 U.S.C. § 227(b)(1)(A)(iii).

15.   The TCPA makes it unlawful "to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes, is made solely pursuant to the collection of a debt owed to or guaranteed by the United States, or is exempted by rule or order" of the Federal Communication Commission ("FCC"). 47 U.S.C.§ 227(b)(1)(B).

16.   The TCPA provides a private cause of action to persons who receive calls in violation of §227(b). 47 U.S.C. § 227(b)(3).

17.   Separately, the TCPA bans making telemarketing calls without a do-not-call policy available upon demand. 47 U.S.C. § 227(c); 47 C.F.R. § 64.1200(d)(1).1

18.   The TCPA provides a private cause of action to persons who receive calls in violation of § 227(c) or a regulation promulgated thereunder. 47 U.S.C. § 227(c)(5).

19.     According to findings of the FCC, the agency vested by Congress with authority to issue regulations implementing the TCPA, automated or prerecorded telephone calls are a greater nuisance and invasion of privacy than live solicitation calls and can be costly and inconvenient

1 See Code of Federal Regulations, Title 47, Parts 40 to 60, at 425 (2017) (codifying a June 26, 2003 FCC order).

20.     The FCC also recognizes that "wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used." In re Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991, 18 FCC Rcd. 14014, 14115 ¶ 165 (2003).

21.     The FCC requires "prior express written consent" for all autodialed or prerecorded telemarketing robocalls to wireless numbers and residential lines. In particular:[A] consumer's written consent to receive telemarketing robocalls must be signed and be sufficient to show that the consumer: (1)

AMENDED COMPLAINT

received clear and conspicuous disclosure of the consequences of providing the requested consent, i.e., that the consumer will receive future calls that deliver prerecorded messages by or on behalf of a specific seller; and (2) having received this information, agrees unambiguously to receive such calls at a telephone number the consumer designates. In addition, the written agreement must be obtained without requiring, directly or indirectly, that the agreement be executed as a condition of purchasing any good or service.

22.   In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991, 27 FCC Rcd. 1830, 1844 ¶ 33 (2012) (footnote and internal quotation marks omitted). FCC regulations "generally establish that the party on whose behalf a solicitation is made bears ultimate responsibility for any violations." In the Matter of Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991, 10 FCC Rcd. 12391, 12397 ¶ 13 (1995).

23.   The FCC confirmed this principle in 2013, when it explained that "a seller … may be held vicariously liable under federal common law principles of agency for violations of either section 227(b) or section 227(c) that are committed by third-party telemarketers." In the Matter of the Joint Petition Filed by Dish Network, LLC, 28 FCC Rcd. 6574, 6574 ¶ 1(2013).

AMENDED COMPLAINT

24. Under the TCPA, a text message is a call. Satterfield v. Simon & Schuster, Inc., 569 F.3d 946, 951 – 52 (9th Cir. 2009).

25. A corporate officer involved in the telemarketing at issue may be personally liable under the TCPA. E.g., Jackson Five Star Catering, Inc. v. Beason, Case No. 10-10010, 2013 U.S. Dist. LEXIS 159985, at *10 (E.D. Mich. Nov. 8, 2013) ("[M]any courts have held that corporate actors can be individually liable for violating the TCPA where they had direct, personal participation in or personally authorized the conduct found to have violated the statute." (Internal quotation marks omitted)); Maryland v. Universal Elections, 787 F. Supp. 2d 408, 415 – 16 (D. Md. 2011) ("If an individual acting on behalf of a corporation could avoid individual liability, the TCPA would lose much of its force.").

## FACTUAL ALLEGATIONS

26. At all times material hereto Plaintiff personally registered his phone, number 619-4X5-X2X4 on the Do-Not-Call Registry in November 2018.

27. Plaintiff was on the National DNC at all times relevant to this

Complaint.

28.    On or about March 4, 2024, Plaintiff was informed by Defendant Insurance Supermarket that Defendant EDM was the company that directly made the calls to Plaintiff.

29.    On or about March 6, 2024, Plaintiff searched Defendant EDM's website at https://edmleadnetwork.com.  EDM's website boasts, "At EDM Network we specialize in providing top-notch lead-generation services that can help take your business to the next level!  Our team of industry experts uses the latest pay-per-call marketing technologies and strategies to efficiently identify and target potential leads, delivering unrivaled performance in the industry."

30.    Defendant EDMS's website lists the industries it services as "Insurance, Financial Services, and Home Services."

31.    The calls at issue in this case were insurance phone calls.

32.    Defendant Ms. Brown is an insurance agent licensed employed and/or contracted by Defendant ISM.

33.    Insurance Super Market appointed Ms. Brown with expressed and apparent authority to market insurance products as part of the

AMENDED COMPLAINT

furtherance of Insurance Supermarket's business.  ISM was under full knowledge Ms. Brown would use telephone solicitation to market and sell their products.

34.   Ms. Brown and/or Insurance Supermarket contracted with Defendant EDM to market and solicit insurance products on behalf of Ms. Brown and Insurance Supermarket.  Ms. Brown and/or Insurance Supermarket supplied EDM with the prequalification requirements to purchase the insurance products being marketed by EDM on behalf of Ms. Brown and Insurance Supermarket.

35.   Defendants Brown and ISM supplied EDM with specific instructions on which states to call and which hours to place the solicitation phone calls.

36.   Both Ms. Brown and Insurance Supermarket continue to benefit from the telemarketing phone calls.

37.   Ms. Brown and/or Insurance Supermarket provided EDM with access to real-time quotes and pricing information for the solicited life insurance products.

38.    Call #1.  On October 19, 2022, at 11:03 AM Plaintiff received a phone call that displayed 903-839-2585 on the caller identification.  Plaintiff did not answer the phone call.

39.    Call #2.  On October 19, 2022, at 11:10 AM Plaintiff received a phone call that displayed 903-839-2585 on the caller identification.  Plaintiff did not answer the phone call.

40.    Call #3.  On October 19, 2022, at 11:13 AM Plaintiff received a phone call that displayed 903-839-2585 on the caller identification.  Plaintiff did not answer the phone call.

41.    Call #4.  On October 19, 2022, at 11:20 AM Plaintiff received a phone call that displayed 903-839-2585 on the caller identification.  Plaintiff did not answer the phone call.

42.    On October 19, 2022, at approximately 11:35 AM MST Plaintiff received yet another call from 903-839-2585 from Defendants.  Plaintiff was annoyed and aggravated at having received at least 5 phone calls within 30 minutes and decided to answer the phone to see who was harassing Plaintiff. When Plaintiff answered the call from number 903-839-2585 a telemarketer came on the call stating, "This is (unintelligible) from the Medicare

AMENDED COMPLAINT

certification department" The telemarketer asked Plaintiff qualification questions like his name, age, state of residence, and health.

43.     Through information and belief the telemarketer in paragraph 42 was an employee and/or authorized agent of Defendant EDM.

44.     The telemarketer did not properly identify themselves, the company the telemarketer worked for, or the company on whose behalf the telemarketer was calling.

45.     The telemarketer then transferred Plaintiff to another telemarketer. The second telemarketer proceeded to ask the same questions asked by prior telemarketer.

46.     The second telemarketer at the end of the review of the questions then transferred Plaintiff to Defendant Brown.

47.     Defendant Brown was marketing life insurance for seniors.  Plaintiff informed Defendant Brown his name was "Elston Tatum" because Elston is of an age that qualifies for the insurance.  This was necessitated as a result of Defendants refusing to properly identify themselves.

48.     From taking the call from number 903-839-2585 to speaking with Ms. Brown is one continuous chain of events.

AMENDED COMPLAINT

49.   Ms. Brown comes on the line and introduces themselves as a licensed insurance agent in the state of Texas.

50.   A search of Texas's Department of Insurance database shows a Marreesha Janay Brown with a Business address of 2301 South St Lincoln, NE 68502.

51.   Marreesha Janay Brown's Texas License/Registration is 2869650, is active as was active on the day of the call.

52.   Ms. Brown is an insurance agent employed by Insurance Supermarket.

53.   Ms. Brown was selling whole life insurance.

54.   Ms. Brown offered only one insurance provider EMC National Life.

55.   Ms. Brown discussed different pricing options.

56.   Ms. Brown sold Plaintiff a life insurance policy.

57.   Plaintiff purchased the policy under the name Elson Tatum. And paid for the policy using Plaintiff's personal debit card.

58.   Plaintiff purchased the insurance policy for the sole purpose of identifying the entity behind the anonymous phone calls.  Plaintiff never used the insurance policy and had no utility of the insurance policy as the insurance policy was immediately canceled.

59.   On October 19, 2022 at 12:28 pm plaintiff received a confirmation email of the purchase.  The email states:

 your payment has been approved

Payment    VISA    43**********XXX

Transaction ID    191022O17-7A8A247D-5C87-46FB-92D2-0B762461576F

Approval Code   046944

Invoice Number          29211

Description       IS2269622


60.    The email signature reads INSURANCE SUPERMARKET INC 1951 NW 7TH AVENUE MIAMI FL MIAMI FL 33160 | 1-866-699-9099

61.    Calling the number provided in the signature 1-866-699-9099 takes you to a recorded message stating "welcome to Insurance Supermarket."

62.    The life insurance plan purchased from Ms. Brown is policy number IS2269622 from EMC National Life.

63.    The policy IS2269622 was sold by Defendant Insurance Supermarket on behalf of insurer EMC National Life.

64.    Ms. Brown sent Plaintiff an email on November 9, 2022, stating the following "Hello, I am  Marreesha Brown with Insurance Supermarket,  it was brought to my attention that you requested legitimacy of my license that is 18431616 please reach my for whole life final expense quotes 877-541-0375"

65.    The email address the email came from is "Marreesha Brown

marreesha.brown@insurance-supermarket.com"

66.    Prior to answering the call from 903-839-2585 Plaintiff had never filled

out an application with Insurance Supermarket, had never heard of Insurance

Supermarket, and had never established a relationship with them.

67.    The insurance policy issued by Ms. Brown was in the name of Elston

Tatum.  The name Elston Tatum was solely used for the purchase of the life

insurance policy.

68.    Any use of the name Elston Tatum from an operator on incoming calls is

evidence of Insurance Supermarket calling Plaintiff.

69.    DNC Request #1 On October 19, 2022, at approximately 1:40 PM

Plaintiff answered a call from number 903-839-2585 showing on the caller ID.

The operator comes on the line stating "This is 'unintelligible'".  Plaintiff

stated do not call again.

70.    DNC Request #2 On October 19, 2022, at approximately 1:58 PM

Plaintiff answered a call from number 903-839-2585 showing on the caller ID.

The operator comes on the line and states this is American senior benefits.

Plaintiff stated I am sorry do not call me again.

AMENDED COMPLAINT

71.     DNC Request #4 On October 20, 2022, at 10:43 PM Plaintiff answered a call from number 260-218-8804 showing on the caller ID asking to speak with Elston. This is Alex I am calling you from Medicare you are qualified for a new Medicare card. Plaintiff stated no need to call me any further.

72.     DNC Request #5 On October 25, 2022, at approximately 4:45 PM Plaintiff answered a call from number 903-839-2585 showing on the caller ID requesting to speak with Elston and why I did not buy the policy from the lady. Plaintiff stated no need to call me again,

73.     DNC Request #6 On November 3, 2022, at approximately 2:51 PM Plaintiff received a call from number 619-815-1150 showing on the caller ID this is Rubin a Medicare supplements advisor on a recorded line.  Based on our records you are qualified for a plan. Plaintiff stated no need to call me again.

74.     On November 12, 2022, Plaintiff answered a call from number 260-218-8804 showing on the caller ID asking to speak with Elston from senior care benefits.

75.    On November 11, 2022. Plaintiff answered a call from number 870-623-8046 showing on the call ID asking Am I speaking with Elston this is Namir with the Department of Medicare.

76.    On November 11, 2022. Plaintiff answered a call from number 703-497-2023 showing on the call ID stating Yes, Elston this is James with senior care benefits.

77.    On November 5, 2022. Plaintiff answered a call from number 619-391-9012 showing on the call ID stating Yes Elston this is James with senior care benefits.

78.    On November 4, 2022. Plaintiff answered a call from number 972-217-2801 showing on the call ID stating, "Can I speak with Mr. Tatum this is 'Medical Advocates of America.'"

79.    On October 19, 2022, at approximately 11:23 am Plaintiff answered a phone call utilizing a spoofed caller ID.  The displayed number is Plaintiff's actual phone number 619 4X5-12X4.  Through information and belief, this spoofed caller ID was designed to trick Plaintiff into answering the phone.

80.    The call On October 19, 2022, at approximately 11:23 with the spoofed number 619 4X5-12X4 the operator is asking for Elston Tatum and is with insurance advisors.

81.    Plaintiff received an additional nine calls with the same spoofed number 619 4X5-12X4.

82.    On October 22, 2022, at approximately 11:13 Am Plaintiff answered a phone call with 662-736-0383 showing on the caller ID.  Plaintiff was transferred to insurance agent Rachel Devolder who stated she is "with Insurance Supermarket."

83.    On November 1, 2022, at approximately 12:00 PM Plaintiff answered a phone call with 754- 214-3938 showing on the caller ID.  The operator stated, "My name is Ben and I am calling from Insurance Supermarket."

84.    Plaintiff has received a total of eight calls from the number 754-214-3938

85.    On November 3, 2022, at approximately 9:18 AM Plaintiff answered a phone call with 619-455-1200 showing on the caller ID.  Plaintiff is transferred to insurance agent Jamal Hines who stated he was, "With Insurance Supermarket."

AMENDED COMPLAINT

86.   Plaintiff received a total of 10 calls from the number 619-455-1200.

87.   On November 4, 2022, at approximately 3:53 PM Plaintiff answered a phone call with 972-217-2801 showing on the caller ID.  The operator stated, "Tatum this is unintelligible from Medical Advocates of America."  The operator goes on to state Mr. Tatum's birth date and home address.  The operated then went on to say, "We here at Insurance Supermarket are your one-stop shop for insurance."

88.   Plaintiff has received a total of two calls from number 972-217-2801

89.   On November 5, 2022, at approximately 3:17 PM Plaintiff answered a phone call with 619-392-9012 showing on the caller ID.  The operator stated, "Elston this is Emma with Insurance Supermarket."

90.   Plaintiff has received a total of six calls from the number 619-393-9012.

91.   On May 20, 2023, at approximately 3:17 PM Plaintiff answered a phone call with 619-392-9012 showing on the caller ID.  The operator stated, "Elston, this is Blessing with Insurance Supermarket."

92.   Plaintiff has received a total of two calls from number 972-217-2801.

93.   Defendants purchased and used blocks of phone numbers with sequential or nearly sequential prefix numbers to call Plaintiff.

AMENDED COMPLAINT

94.   Plaintiff answered calls made by Defendants from the following numbers:  619-810-5452, 619-810-5456, 619-810-5460, and 619-810-5463. Plaintiff received at least 88 calls from numbers with area code 619 prefix 810.

95.   Plaintiff answered calls made by Defendants from the following numbers:  619-455-1200, 619-455-1300 and 619-455-1235 Plaintiff received 48 calls from numbers with area code 619 prefix 445.

96.   Plaintiff answered calls made by Defendants from the following numbers:  903-839-2585. Plaintiff received  37 calls from numbers with area code 903 prefix 839

97.   Plaintiff answered calls made by Defendants from the following numbers:  619-353-7535, 619-353-7531 and 619-353-7536. Plaintiff received 29 calls from numbers with area code 619 prefix 353

98.   Plaintiff has received over eight hundred and nine (809) calls from defendants.

99.   Insurance Supermarket personally called Plaintiff at least 27 times after Plaintiff had delivered multiple DNC requests.

100.  Plaintiff had every reason to believe his DNC requests were

AMENDED COMPLAINT

applied to Insurance Supermarket.

101.  All calls are an attempt to sell Plaintiff a new life insurance policy.

102.  None of the calls at issue in this case were phone calls to "service" any account.

103.  Table A below shows each of the phone calls made by Defendants to Plaintiff.

TABLE A

| Date Time | Number |
| --- | --- |
| 10/19/22 11:03 AM | 19038392585 |
| 10/19/22 11:10 AM | 19038392585 |
| 10/19/22 11:13 AM | 19038392585 |
| 10/19/22 11:20 AM | 19038392585 |
| 10/19/22 11:22 AM | 13523104017 |
| 10/19/22 11:23 AM | 16194551235 |
| 10/19/22 11:32 AM | 19038392585 |
| 10/19/22 11:33 AM | 19038392585 |
| 10/19/22 11:35 AM | 19038392585 |
| 10/19/22 12:46 PM | 16194551235 |
| 10/19/22 12:53 PM | 19038392585 |

AMENDED COMPLAINT

| | |
|---|---|
| 10/19/22 1:00 PM | 16194609597 |
| 10/19/22 1:09 PM | 12704658507 |
| 10/19/22 1:40 PM | 19038392585 |
| 10/19/22 1:40 PM | 19038392585 |
| 10/19/22 1:58 PM | 19038392585 |
| 10/19/22 2:03 PM | 19038392585 |
| 10/19/22 2:03 PM | 12232044149 |
| 10/19/22 2:25 PM | 19038392585 |
| 10/19/22 4:00 PM | 18326456384 |
| 10/19/22 5:22 PM | 19038392585 |
| 10/20/22 8:35 AM | 19038392585 |
| 10/20/22 8:56 AM | 19038392585 |
| 10/20/22 9:50 AM | 13603618253 |
| 10/20/22 9:52 AM | 12172125912 |
| 10/20/22 10:08 AM | 19038392585 |
| 10/20/22 10:10 AM | 17707095614 |
| 10/20/22 10:12 AM | 16194551235 |
| 10/20/22 10:14 AM | 19038392585 |
| 10/20/22 10:43 AM | 12602188804 |
| 10/21/22 9:38 AM | 16194551200 |
| 10/21/22 9:56 AM | 19037626127 |
| 10/21/22 10:00 AM | 19038392585 |
| 10/21/22 10:39 AM | 19038392585 |

AMENDED COMPLAINT

| | |
|---|---|
| 10/21/22 10:42 AM | 18886921268 |
| 10/21/22 10:43 AM | 19038392585 |
| 10/21/22 10:43 AM | 19038392585 |
| 10/21/22 10:50 AM | 19038392585 |
| 10/22/22 11:02 AM | 12062019112 |
| 10/22/22 11:13 AM | 16627360383 |
| 10/24/22 1:01 PM | 19155035527 |
| 10/24/22 4:39 PM | 19035824330 |
| 10/25/22 8:49 AM | 19038392585 |
| 10/25/22 10:19 AM | 19038392585 |
| 10/25/22 10:43 AM | 16026418322 |
| 10/25/22 4:16 PM | 19038392585 |
| 10/25/22 4:17 PM | 16194551235 |
| 10/25/22 4:48 PM | 19038392585 |
| 10/26/22 10:44 AM | 12192063891 |
| 10/26/22 12:58 PM | 18203006939 |
| 10/26/22 3:38 PM | 19038392585 |
| 10/26/22 3:39 PM | 16194551235 |
| 10/26/22 4:44 PM | 16194811861 |
| 10/27/22 12:38 PM | 17542143938 |
| 10/27/22 3:53 PM | 16194551235 |
| 10/27/22 3:55 PM | 16194551235 |
| 10/28/22 8:23 AM | 18024665654 |

AMENDED COMPLAINT

| | |
|---|---|
| 10/28/22 8:48 AM | 14045951526 |
| 10/28/22 11:37 AM | 18163755335 |
| 10/28/22 1:32 PM | 16194722066 |
| 10/30/22 10:14 AM | 16193001119 |
| 10/31/22 9:52 AM | 16194512970 |
| 10/31/22 10:37 AM | 15412626255 |
| 10/31/22 4:21 PM | 16193001119 |
| 11/1/22 9:28 AM | 16194460245 |
| 11/1/22 9:34 AM | 16194540052 |
| 11/1/22 9:44 AM | 16194190663 |
| 11/1/22 11:15 AM | 14242177539 |
| 11/1/22 12:00 PM | 17542143938 |
| 11/1/22 12:46 PM | 19316032904 |
| 11/1/22 1:19 PM | 16194558958 |
| 11/1/22 3:32 PM | 12079246822 |
| 11/1/22 4:58 PM | 16194124578 |
| 11/2/22 8:58 AM | 16194551200 |
| 11/2/22 9:14 AM | 14422610676 |
| 11/2/22 9:58 AM | 16194234725 |
| 11/2/22 11:42 AM | 16194559403 |
| 11/2/22 12:00 PM | 18038712872 |
| 11/2/22 12:04 PM | 17542143938 |
| 11/2/22 1:02 PM | 16608154454 |

AMENDED COMPLAINT

| | |
|---|---|
| 11/2/22 1:07 PM | 19047861501 |
| 11/2/22 1:07 PM | 16128876767 |
| 11/2/22 1:08 PM | 17542143938 |
| 11/2/22 2:18 PM | 16194290480 |
| 11/2/22 2:48 PM | 16194733855 |
| 11/2/22 3:47 PM | 19038392585 |
| 11/2/22 3:50 PM | 19038392585 |
| 11/2/22 3:50 PM | 16194551235 |
| 11/2/22 3:50 PM | 19038392585 |
| 11/2/22 4:18 PM | 16194450444 |
| 11/2/22 5:12 PM | 17542143938 |
| 11/3/22 8:03 AM | 16194551200 |
| 11/3/22 8:14 AM | 12135615246 |
| 11/3/22 8:58 AM | 16194551200 |
| 11/3/22 1:47 PM | 18884650909 |
| 11/3/22 1:53 PM | 16232991076 |
| 11/3/22 2:46 PM | 18142285831 |
| 11/3/22 2:50 PM | 16198151150 |
| 11/3/22 3:08 PM | 16194659635 |
| 11/3/22 3:31 PM | 14153262086 |
| 11/4/22 7:34 AM | 16615209509 |
| 11/4/22 8:17 AM | 16194551200 |
| 11/4/22 8:17 AM | 16194551200 |

AMENDED COMPLAINT

| | |
|---|---|
| 11/4/22 8:18 AM | 19038392585 |
| 11/4/22 8:26 AM | 12138179534 |
| 11/4/22 8:47 AM | 13109868208 |
| 11/4/22 9:42 AM | 12037472239 |
| 11/4/22 10:26 AM | 13109868296 |
| 11/4/22 1:34 PM | 18773634814 |
| 11/4/22 2:52 PM | 13343252770 |
| 11/4/22 3:36 PM | 18653669622 |
| 11/4/22 3:53 PM | 19722172801 |
| 11/4/22 4:01 PM | 16196394155 |
| 11/4/22 4:01 PM | 17542143938 |
| 11/4/22 4:03 PM | 17432025882 |
| 11/5/22 7:40 AM | 14422610242 |
| 11/5/22 10:45 AM | 16193919012 |
| 11/5/22 11:58 AM | 16193919012 |
| 11/5/22 12:59 PM | 16193919012 |
| 11/5/22 3:16 PM | 16193919012 |
| 11/7/22 9:14 AM | 12092315750 |
| 11/7/22 10:44 AM | 18773634814 |
| 11/7/22 11:04 AM | 12704658507 |
| 11/7/22 11:05 AM | 12704658507 |
| 11/7/22 11:31 AM | 16193919012 |
| 11/7/22 12:16 PM | 16194889962 |

AMENDED COMPLAINT

| | |
|---|---|
| 11/7/22 1:02 PM | 19158952376 |
| 11/7/22 1:17 PM | 19564237430 |
| 11/7/22 1:31 PM | 16193919012 |
| 11/7/22 2:24 PM | 16194987016 |
| 11/7/22 5:14 PM | 16199510817 |
| 11/8/22 8:14 AM | 18773817089 |
| 11/8/22 10:09 AM | 16194551200 |
| 11/8/22 11:30 AM | 12182206603 |
| 11/8/22 11:31 AM | 17576015596 |
| 11/8/22 12:04 PM | 19038392585 |
| 11/8/22 1:10 PM | 18084317843 |
| 11/8/22 1:25 PM | 19133577118 |
| 11/8/22 1:46 PM | 16194696972 |
| 11/8/22 4:00 PM | 16194288491 |
| 11/8/22 6:04 PM | 16194959194 |
| 11/9/22 8:27 AM | 12134972010 |
| 11/9/22 9:25 AM | 12542492028 |
| 11/9/22 11:19 AM | 17752541371 |
| 11/9/22 3:14 PM | 16194263021 |
| 11/9/22 3:48 PM | 16194893792 |
| 11/9/22 6:43 PM | 16194869672 |
| 11/10/22 12:36 PM | 16194781010 |
| 11/10/22 1:57 PM | 17034972023 |

AMENDED COMPLAINT

| | |
|---|---|
| 11/10/22 1:58 PM | 17034972023 |
| 11/10/22 3:43 PM | 16194551235 |
| 11/10/22 3:44 PM | 16194551235 |
| 11/10/22 3:44 PM | 18592164728 |
| 11/11/22 10:39 AM | 16194357711 |
| 11/11/22 10:42 AM | 14422610633 |
| 11/11/22 11:35 AM | 18706238046 |
| 11/11/22 12:39 PM | 16194189384 |
| 11/11/22 1:06 PM | 12134250377 |
| 11/11/22 1:43 PM | 12134932889 |
| 11/11/22 1:56 PM | 16198261131 |
| 11/11/22 4:33 PM | 12792274853 |
| 11/12/22 9:00 AM | 14242202409 |
| 11/12/22 9:12 AM | 16198530150 |
| 11/12/22 11:46 AM | 15312018982 |
| 11/12/22 12:45 PM | 13412343522 |
| 11/12/22 2:03 PM | 16194551230 |
| 11/12/22 4:02 PM | 12134250387 |
| 11/12/22 4:07 PM | 16617313960 |
| 11/12/22 5:09 PM | 14422735677 |
| 11/14/22 10:09 AM | 12137225578 |
| 11/14/22 10:15 AM | 13235937702 |
| 11/14/22 2:54 PM | 12136674041 |

AMENDED COMPLAINT

| | |
|---|---|
| 11/14/22 3:34 PM | 19122075032 |
| 11/14/22 5:07 PM | 12082769904 |
| 11/14/22 5:30 PM | 12404429895 |
| 11/14/22 6:27 PM | 13393318294 |
| 11/14/22 6:28 PM | 13512167615 |
| 11/15/22 8:08 AM | 12252433117 |
| 11/15/22 8:42 AM | 12134250419 |
| 11/15/22 9:01 AM | 14242202339 |
| 11/15/22 11:23 AM | 12694294600 |
| 11/15/22 11:32 AM | 16194960872 |
| 11/15/22 1:35 PM | 12202058144 |
| 11/15/22 2:12 PM | 12136184706 |
| 11/15/22 2:14 PM | 16194192285 |
| 11/15/22 3:00 PM | 14085384095 |
| 11/15/22 3:16 PM | 12078204566 |
| 11/16/22 10:07 AM | 12136000335 |
| 11/16/22 10:36 AM | 16194626535 |
| 11/16/22 11:13 AM | 12136000473 |
| 11/16/22 11:27 AM | 13412142726 |
| 11/16/22 12:20 PM | 16194389094 |
| 11/16/22 12:37 PM | 12134972122 |
| 11/16/22 2:09 PM | 12096921853 |
| 11/16/22 2:18 PM | 16194568095 |

AMENDED COMPLAINT

| | |
|---|---|
| 11/16/22 2:42 PM | 13412142783 |
| 11/16/22 3:32 PM | 16194468415 |
| 11/16/22 3:44 PM | 19722172801 |
| 11/16/22 4:24 PM | 16194729049 |
| 11/16/22 4:40 PM | 13073431187 |
| 11/16/22 4:48 PM | 16194839983 |
| 11/16/22 5:29 PM | 19184027058 |
| 11/16/22 5:30 PM | 19184027058 |
| 11/16/22 5:39 PM | 19522957226 |
| 11/16/22 6:18 PM | 16194270619 |
| 11/17/22 9:15 AM | 13412343569 |
| 11/17/22 12:20 PM | 19038392585 |
| 11/17/22 1:39 PM | 16194399450 |
| 11/17/22 3:19 PM | 12404429973 |
| 11/17/22 5:45 PM | 16194529880 |
| 11/18/22 8:39 AM | 13412142801 |
| 11/18/22 9:48 AM | 13239996873 |
| 11/18/22 10:46 AM | 13235937681 |
| 11/18/22 10:58 AM | 16194956909 |
| 11/18/22 4:49 PM | 16194371795 |
| 11/19/22 8:41 AM | 16194333438 |
| 11/19/22 10:35 AM | 16182703013 |
| 11/19/22 2:42 PM | 16108500164 |

AMENDED COMPLAINT

| | |
|---|---|
| 11/19/22 2:48 PM | 14422735723 |
| 11/21/22 4:34 PM | 16194127074 |
| 11/21/22 6:01 PM | 16194872682 |
| 11/22/22 8:41 AM | 14085384028 |
| 11/22/22 9:58 AM | 14422735754 |
| 11/22/22 11:00 AM | 16194988309 |
| 11/22/22 1:23 PM | 16194146700 |
| 11/22/22 2:13 PM | 12792176897 |
| 11/23/22 9:16 AM | 12082669004 |
| 11/23/22 9:27 AM | 12134971805 |
| 11/23/22 11:21 AM | 16194192140 |
| 11/23/22 12:22 PM | 16194555541 |
| 11/23/22 12:41 PM | 14245009447 |
| 11/23/22 1:24 PM | 12402194120 |
| 11/23/22 1:52 PM | 17542143938 |
| 11/23/22 3:55 PM | 16194218097 |
| 11/23/22 4:26 PM | 14422735736 |
| 11/23/22 6:22 PM | 16194685078 |
| 11/24/22 5:57 PM | 18003606608 |
| 11/25/22 9:17 AM | 12792786896 |
| 11/25/22 7:36 PM | 16194504256 |
| 11/28/22 8:17 AM | 14157957742 |
| 11/28/22 12:48 PM | 12792274895 |

AMENDED COMPLAINT

| 11/28/22 2:11 PM | 16194413315 |
| 11/28/22 5:25 PM | 17872366841 |
| 11/28/22 7:47 PM | 16194559359 |
| 11/29/22 8:38 AM | 12136000439 |
| 11/29/22 9:01 AM | 19417668584 |
| 11/29/22 9:01 AM | 19417668584 |
| 11/29/22 11:10 AM | 14422735806 |
| 11/29/22 11:17 AM | 13433051042 |
| 11/29/22 4:02 PM | 12096921907 |
| 11/29/22 7:07 PM | 14013791161 |
| 11/30/22 8:20 AM | 16194551266 |
| 11/30/22 12:23 PM | 13412142754 |
| 11/30/22 1:06 PM | 12136184751 |
| 11/30/22 1:08 PM | 14194098858 |
| 11/30/22 2:23 PM | 14245009339 |
| 11/30/22 3:02 PM | 14454478401 |
| 11/30/22 4:33 PM | 14422735726 |
| 11/30/22 5:37 PM | 16194557421 |
| 12/1/22 2:14 PM | 17312485619 |
| 12/1/22 3:51 PM | 18284818822 |
| 12/1/22 6:18 PM | 19712534528 |
| 12/2/22 11:29 AM | 13862097670 |
| 12/2/22 1:15 PM | 16194428272 |

AMENDED COMPLAINT

| | |
|---|---|
| 12/2/22 2:46 PM | 17274166639 |
| 12/2/22 2:48 PM | 16194645528 |
| 12/2/22 3:32 PM | 18702443391 |
| 12/2/22 6:03 PM | 16194609654 |
| 12/2/22 7:05 PM | 16194328941 |
| 12/3/22 10:14 AM | 16194802961 |
| 12/3/22 11:16 AM | 16194725359 |
| 12/3/22 12:33 PM | 16194931469 |
| 12/3/22 12:52 PM | 15392026557 |
| 12/3/22 2:16 PM | 16194634583 |
| 12/3/22 5:27 PM | 12134932966 |
| 12/4/22 8:53 AM | 16194369393 |
| 12/4/22 12:15 PM | 16194989402 |
| 12/4/22 12:23 PM | 16194248915 |
| 12/4/22 12:55 PM | 16194498637 |
| 12/5/22 10:04 AM | 16194559935 |
| 12/5/22 11:17 AM | 16194623001 |
| 12/5/22 2:24 PM | 16194781887 |
| 12/5/22 2:40 PM | 13217654541 |
| 12/5/22 5:39 PM | 17134053382 |
| 12/6/22 8:01 AM | 17702152107 |
| 12/6/22 8:01 AM | 15169809857 |
| 12/6/22 8:02 AM | 19159556029 |

AMENDED COMPLAINT

| 12/6/22 9:56 AM | 16194155688 |
|---|---|
| 12/6/22 12:25 PM | 16194834653 |
| 12/6/22 2:02 PM | 17867332137 |
| 12/6/22 3:13 PM | 16194529319 |
| 12/6/22 3:14 PM | 16194136811 |
| 12/6/22 4:16 PM | 16194677161 |
| 12/6/22 4:57 PM | 16194163531 |
| 12/7/22 3:54 PM | 16194552525 |
| 12/7/22 4:24 PM | 16198268685 |
| 12/7/22 8:51 PM | 16193537534 |
| 12/7/22 9:29 PM | 16198105447 |
| 12/7/22 9:56 PM | 16193537536 |
| 12/8/22 12:32 PM | 16194551288 |
| 12/9/22 10:47 AM | 13109868334 |
| 12/9/22 1:31 PM | 13412142761 |
| 12/9/22 1:54 PM | 16194588155 |
| 12/10/22 9:34 AM | 16292316572 |
| 12/10/22 11:08 AM | 19038392585 |
| 12/12/22 11:48 AM | 14422610582 |
| 12/12/22 12:13 PM | 13109868323 |
| 12/13/22 9:52 AM | 19797304230 |
| 12/13/22 10:44 AM | 14153262095 |
| 12/13/22 11:02 AM | 16198105458 |

AMENDED COMPLAINT

| | |
|---|---|
| 12/13/22 1:35 PM | 16198105464 |
| 12/13/22 2:37 PM | 17852625201 |
| 12/13/22 4:47 PM | 16198105456 |
| 12/14/22 11:06 AM | 17542143938 |
| 12/14/22 11:29 AM | 16198105461 |
| 12/14/22 1:05 PM | 16198105464 |
| 12/14/22 3:03 PM | 16196261702 |
| 12/14/22 4:01 PM | 16198105458 |
| 12/14/22 4:56 PM | 16198105460 |
| 12/15/22 8:40 AM | 16199394135 |
| 12/15/22 11:31 AM | 16193537533 |
| 12/15/22 12:02 PM | 16194298988 |
| 12/15/22 12:58 PM | 16199845547 |
| 12/15/22 3:27 PM | 16198105463 |
| 12/16/22 10:50 AM | 13092256272 |
| 12/16/22 12:17 PM | 16193537533 |
| 12/16/22 1:22 PM | 16198105466 |
| 12/16/22 3:27 PM | 16198105455 |
| 12/16/22 3:57 PM | 16194953589 |
| 12/17/22 8:25 AM | 16362723324 |
| 12/19/22 1:07 PM | 16193537537 |
| 12/19/22 3:38 PM | 16194751127 |
| 12/19/22 3:55 PM | 16198105458 |

AMENDED COMPLAINT

| | |
|---|---|
| 12/20/22 11:09 AM | 16198105464 |
| 12/20/22 12:32 PM | 16193537537 |
| 12/20/22 1:52 PM | 16193537537 |
| 12/20/22 3:39 PM | 16199845558 |
| 12/20/22 4:36 PM | 12148945542 |
| 12/21/22 9:10 AM | 16194217766 |
| 12/21/22 11:05 AM | 16198105458 |
| 12/21/22 12:40 PM | 16193537537 |
| 12/21/22 12:49 PM | 16194167142 |
| 12/21/22 2:11 PM | 16194551858 |
| 12/21/22 2:39 PM | 16198105453 |
| 12/21/22 3:59 PM | 16194174287 |
| 12/21/22 4:44 PM | 16198105455 |
| 12/22/22 12:49 PM | 16198105465 |
| 12/22/22 1:00 PM | 16194551211 |
| 12/22/22 2:34 PM | 16194768071 |
| 12/22/22 2:48 PM | 16193537535 |
| 12/22/22 4:19 PM | 16198105464 |
| 12/23/22 10:49 AM | 12182645324 |
| 12/23/22 11:20 AM | 14322555719 |
| 12/23/22 11:28 AM | 14703158264 |
| 12/27/22 2:23 PM | 16199752767 |
| 12/29/22 3:52 PM | 16194553858 |

AMENDED COMPLAINT

| | |
|---|---|
| 12/29/22 3:53 PM | 16194554954 |
| 1/2/23 11:17 AM | 16198105466 |
| 1/2/23 6:01 PM | 16194555701 |
| 1/3/23 12:35 PM | 16199845547 |
| 1/3/23 2:18 PM | 16193537537 |
| 1/3/23 5:19 PM | 16232991076 |
| 1/3/23 5:39 PM | 16194136987 |
| 1/4/23 7:54 AM | 16199752987 |
| 1/4/23 11:44 AM | 16198105453 |
| 1/4/23 3:31 PM | 16198105455 |
| 1/4/23 3:40 PM | 16124649842 |
| 1/5/23 8:40 AM | 19209731630 |
| 1/5/23 10:25 AM | 16194313875 |
| 1/5/23 10:32 AM | 12159672304 |
| 1/5/23 11:10 AM | 14194959611 |
| 1/5/23 11:25 AM | 16198105452 |
| 1/5/23 2:23 PM | 17792028116 |
| 1/5/23 2:31 PM | 16193537534 |
| 1/5/23 2:57 PM | 19592106277 |
| 1/5/23 4:47 PM | 16198105466 |
| 1/6/23 9:47 AM | 19523951364 |
| 1/6/23 11:05 AM | 16193537535 |
| 1/6/23 12:47 PM | 16198105452 |

AMENDED COMPLAINT

| | |
|---|---|
| 1/6/23 1:38 PM | 12762265505 |
| 1/6/23 2:09 PM | 12393763183 |
| 1/6/23 2:39 PM | 16198105455 |
| 1/6/23 4:10 PM | 16193537536 |
| 1/6/23 5:32 PM | 16194820999 |
| 1/9/23 11:41 AM | 16198105447 |
| 1/9/23 11:57 AM | 12722063077 |
| 1/9/23 1:28 PM | 16198105455 |
| 1/9/23 4:10 PM | 16194554013 |
| 1/9/23 4:41 PM | 16194847745 |
| 1/9/23 4:52 PM | 16193537536 |
| 1/10/23 10:25 AM | 16194170665 |
| 1/10/23 11:10 AM | 12792274926 |
| 1/10/23 12:54 PM | 16198105449 |
| 1/10/23 1:39 PM | 16194251786 |
| 1/10/23 3:25 PM | 16193537534 |
| 1/10/23 3:54 PM | 17432129880 |
| 1/10/23 4:16 PM | 12136000593 |
| 1/10/23 5:32 PM | 14242202372 |
| 1/11/23 11:01 AM | 16198105448 |
| 1/11/23 11:09 AM | 16194551301 |
| 1/11/23 1:41 PM | 16194948862 |
| 1/11/23 2:50 PM | 16198105455 |

AMENDED COMPLAINT

| 1/11/23 4:28 PM | 16198105453 |
|---|---|
| 1/12/23 2:43 PM | 16193537536 |
| 1/12/23 2:56 PM | 16192014776 |
| 1/12/23 4:39 PM | 16199845557 |
| 1/13/23 12:50 PM | 15024300337 |
| 1/13/23 1:02 PM | 16193537531 |
| 1/13/23 3:26 PM | 16198105445 |
| 1/16/23 11:17 AM | 16198105457 |
| 1/16/23 2:49 PM | 16193537533 |
| 1/16/23 4:22 PM | 16193537531 |
| 1/16/23 5:14 PM | 16192018141 |
| 1/17/23 10:51 AM | 13186289786 |
| 1/17/23 12:29 PM | 16198105463 |
| 1/17/23 2:39 PM | 16198105447 |
| 1/17/23 4:14 PM | 16198105457 |
| 1/18/23 1:14 PM | 16198105453 |
| 1/18/23 3:14 PM | 16198105447 |
| 1/18/23 3:52 PM | 16192014181 |
| 1/18/23 5:40 PM | 14243376567 |
| 1/19/23 10:25 AM | 16193074573 |
| 1/19/23 10:48 AM | 17402867341 |
| 1/19/23 10:48 AM | 17402867341 |
| 1/19/23 11:13 AM | 16198105456 |

AMENDED COMPLAINT

| | |
|---|---|
| 1/19/23 12:00 PM | 16194867133 |
| 1/19/23 1:09 PM | 16198105455 |
| 1/19/23 3:32 PM | 16193537534 |
| 1/19/23 4:10 PM | 16192012109 |
| 1/19/23 4:26 PM | 13168889512 |
| 1/19/23 5:30 PM | 16194500398 |
| 1/20/23 8:37 AM | 16193080339 |
| 1/20/23 8:55 AM | 16192017075 |
| 1/20/23 11:00 AM | 18662643189 |
| 1/20/23 11:29 AM | 16198105457 |
| 1/20/23 12:34 PM | 18662643189 |
| 1/20/23 1:23 PM | 16198105464 |
| 1/20/23 1:53 PM | 16197844805 |
| 1/20/23 3:01 PM | 16198105447 |
| 1/20/23 4:47 PM | 16193537535 |
| 1/23/23 10:42 AM | 16192321885 |
| 1/23/23 11:17 AM | 18662643189 |
| 1/23/23 11:22 AM | 16199845558 |
| 1/23/23 1:02 PM | 18667176099 |
| 1/23/23 1:35 PM | 16194500563 |
| 1/23/23 2:00 PM | 16198105447 |
| 1/23/23 2:03 PM | 18667176099 |
| 1/23/23 2:09 PM | 16194043468 |

AMENDED COMPLAINT

| | |
|---|---|
| 1/23/23 3:33 PM | 18662643189 |
| 1/23/23 4:00 PM | 16198105465 |
| 1/23/23 4:32 PM | 16194500764 |
| 1/24/23 10:37 AM | 18563712802 |
| 1/24/23 10:44 AM | 16193918069 |
| 1/24/23 11:04 AM | 18666986856 |
| 1/24/23 11:16 AM | 16198105449 |
| 1/24/23 11:42 AM | 16198685667 |
| 1/24/23 12:08 PM | 16194500249 |
| 1/24/23 12:57 PM | 16198105461 |
| 1/24/23 1:03 PM | 18665599395 |
| 1/24/23 2:30 PM | 18665599395 |
| 1/24/23 3:21 PM | 16198105458 |
| 1/24/23 4:01 PM | 18666988011 |
| 1/24/23 4:18 PM | 16194687238 |
| 1/24/23 4:53 PM | 16198105446 |
| 1/25/23 10:14 AM | 16192012188 |
| 1/25/23 10:14 AM | 16192345725 |
| 1/25/23 11:02 AM | 18663956786 |
| 1/25/23 11:11 AM | 16198105455 |
| 1/25/23 11:48 AM | 13312876888 |
| 1/25/23 11:49 AM | 13312876888 |
| 1/25/23 11:50 AM | 13312876888 |

AMENDED COMPLAINT

| | |
|---|---|
| 1/25/23 11:51 AM | 13312876888 |
| 1/25/23 11:52 AM | 13312876888 |
| 1/25/23 11:52 AM | 13312876888 |
| 1/25/23 1:04 PM | 16198105453 |
| 1/25/23 1:21 PM | 18665599395 |
| 1/25/23 2:18 PM | 12764940320 |
| 1/25/23 2:19 PM | 12764940320 |
| 1/25/23 2:58 PM | 18666988011 |
| 1/25/23 3:45 PM | 16192655299 |
| 1/25/23 3:47 PM | 16198105460 |
| 1/25/23 4:27 PM | 18663956786 |
| 1/26/23 9:27 AM | 16193158792 |
| 1/26/23 11:00 AM | 18665599395 |
| 1/26/23 12:02 PM | 16194500396 |
| 1/26/23 12:47 PM | 16199845558 |
| 1/26/23 1:13 PM | 18666988011 |
| 1/26/23 2:25 PM | 16198105445 |
| 1/26/23 2:50 PM | 18666988011 |
| 1/26/23 3:19 PM | 16198105463 |
| 1/26/23 4:13 PM | 18666988011 |
| 1/27/23 8:00 AM | 16199752987 |
| 1/27/23 10:00 AM | 16194356372 |
| 1/27/23 10:20 AM | 14422485677 |

AMENDED COMPLAINT

| | |
|---|---|
| 1/27/23 11:02 AM | 18663956786 |
| 1/27/23 2:16 PM | 18038712609 |
| 1/27/23 2:55 PM | 16198105456 |
| 1/27/23 4:55 PM | 16198105458 |
| 1/28/23 12:51 PM | 16199752987 |
| 1/30/23 10:29 AM | 19184711474 |
| 1/30/23 10:59 AM | 15342204478 |
| 1/30/23 11:01 AM | 18665599395 |
| 1/30/23 11:43 AM | 16193537533 |
| 1/30/23 12:56 PM | 15618317256 |
| 1/30/23 1:08 PM | 18663956786 |
| 1/30/23 2:34 PM | 18666988011 |
| 1/30/23 3:26 PM | 16198105449 |
| 1/30/23 4:05 PM | 18665599395 |
| 1/31/23 8:28 AM | 16199752987 |
| 1/31/23 8:59 AM | 17083913377 |
| 1/31/23 11:11 AM | 18663956786 |
| 1/31/23 12:30 PM | 16198105463 |
| 1/31/23 1:03 PM | 18663018360 |
| 1/31/23 1:35 PM | 16198105460 |
| 1/31/23 2:33 PM | 18663032143 |
| 1/31/23 3:06 PM | 16198105446 |
| 1/31/23 3:53 PM | 18663018360 |

AMENDED COMPLAINT

| | |
|---|---|
| 1/31/23 4:18 PM | 16194173028 |
| 1/31/23 4:35 PM | 17076731144 |
| 1/31/23 4:37 PM | 16198105447 |
| 2/1/23 11:13 AM | 18663018360 |
| 2/1/23 12:05 PM | 14108620602 |
| 2/1/23 12:42 PM | 16198105460 |
| 2/1/23 1:00 PM | 18663018360 |
| 2/1/23 1:09 PM | 16199752987 |
| 2/1/23 1:17 PM | 16199845557 |
| 2/1/23 1:57 PM | 16193537535 |
| 2/1/23 2:03 PM | 18663018360 |
| 2/1/23 3:33 PM | 18663954718 |
| 2/1/23 3:41 PM | 16198105465 |
| 2/1/23 4:05 PM | 16199510278 |
| 2/2/23 11:03 AM | 16193537535 |
| 2/2/23 11:24 AM | 18663032143 |
| 2/2/23 12:43 PM | 16198105445 |
| 2/2/23 1:03 PM | 18663032143 |
| 2/2/23 2:03 PM | 16193423558 |
| 2/2/23 2:32 PM | 18663954718 |
| 2/2/23 2:32 PM | 16193537533 |
| 2/2/23 4:01 PM | 18663954718 |
| 2/2/23 4:15 PM | 16198105458 |

AMENDED COMPLAINT

| | |
|---|---|
| 2/3/23 11:15 AM | 16198105464 |
| 2/3/23 11:50 AM | 13217654553 |
| 2/3/23 12:02 PM | 13348345412 |
| 2/3/23 2:04 PM | 16198105448 |
| 2/3/23 3:13 PM | 16194717006 |
| 2/3/23 4:44 PM | 16199837469 |
| 2/3/23 4:59 PM | 16194555510 |
| 2/6/23 11:05 AM | 16198105453 |
| 2/6/23 11:10 AM | 16194928947 |
| 2/6/23 12:50 PM | 16199837487 |
| 2/6/23 2:34 PM | 16199837495 |
| 2/6/23 4:08 PM | 16199837464 |
| 2/6/23 4:54 PM | 16198363964 |
| 2/7/23 11:04 AM | 19038392585 |
| 2/7/23 11:17 AM | 16052913345 |
| 2/7/23 11:58 AM | 16198105464 |
| 2/7/23 12:07 PM | 18124767866 |
| 2/7/23 1:33 PM | 18392248349 |
| 2/7/23 1:43 PM | 16193537535 |
| 2/7/23 3:32 PM | 16199837404 |
| 2/8/23 12:01 PM | 16198105463 |
| 2/8/23 12:49 PM | 16196308775 |
| 2/8/23 1:00 PM | 13862097670 |

AMENDED COMPLAINT

| | |
|---|---|
| 2/8/23 1:32 PM | 16193537534 |
| 2/8/23 3:06 PM | 16199837464 |
| 2/8/23 4:40 PM | 16199837487 |
| 2/9/23 9:00 AM | 16194455686 |
| 2/9/23 11:26 AM | 16198105445 |
| 2/9/23 1:18 PM | 16199837404 |
| 2/9/23 4:27 PM | 16199837470 |
| 2/10/23 10:17 AM | 16199218586 |
| 2/10/23 11:03 AM | 16198105452 |
| 2/10/23 1:29 PM | 16199845547 |
| 2/10/23 3:45 PM | 16198105456 |
| 2/11/23 9:17 AM | 16194554326 |
| 2/13/23 8:18 AM | 16194551512 |
| 2/13/23 11:12 AM | 15183256650 |
| 2/13/23 4:05 PM | 16198105466 |
| 2/14/23 11:08 AM | 16198105453 |
| 2/14/23 2:43 PM | 16198105457 |
| 2/14/23 4:49 PM | 16198105445 |
| 2/15/23 9:46 AM | 14235374129 |
| 2/15/23 1:25 PM | 16198105452 |
| 2/15/23 2:35 PM | 13374456308 |
| 2/15/23 3:45 PM | 16198105448 |
| 2/16/23 10:43 AM | 16193299021 |

AMENDED COMPLAINT

| | |
|---|---|
| 2/16/23 11:55 AM | 16198105448 |
| 2/16/23 12:16 PM | 16192017814 |
| 2/16/23 12:26 PM | 19038392585 |
| 2/16/23 2:30 PM | 16198105452 |
| 2/16/23 4:36 PM | 16199837404 |
| 2/17/23 9:36 AM | 12097599914 |
| 2/17/23 9:46 AM | 16194186659 |
| 2/17/23 1:30 PM | 12052733662 |
| 2/17/23 3:13 PM | 16199837463 |
| 2/17/23 3:44 PM | 14707650152 |
| 2/17/23 3:48 PM | 16194620379 |
| 2/17/23 4:16 PM | 16199410137 |
| 2/17/23 5:27 PM | 16194128694 |
| 2/18/23 2:35 PM | 16194558716 |
| 2/20/23 10:18 AM | 16194738749 |
| 2/20/23 11:30 AM | 16199837408 |
| 2/20/23 3:24 PM | 16198105452 |
| 2/20/23 4:20 PM | 16194938376 |
| 2/21/23 11:14 AM | 16193537535 |
| 2/21/23 11:47 AM | 15598776458 |
| 2/21/23 12:49 PM | 12707262927 |
| 2/21/23 1:51 PM | 16199837487 |
| 2/21/23 1:55 PM | 16013430909 |

AMENDED COMPLAINT

| | |
|---|---|
| 2/21/23 3:45 PM | 16199837495 |
| 2/22/23 11:45 AM | 16198105453 |
| 2/22/23 1:38 PM | 16194556644 |
| 2/22/23 1:42 PM | 16199837472 |
| 2/22/23 3:25 PM | 16198105460 |
| 2/22/23 4:37 PM | 16194799062 |
| 2/22/23 5:24 PM | 16194219832 |
| 2/22/23 6:55 PM | 16194552865 |
| 2/23/23 9:25 AM | 16194201094 |
| 2/23/23 12:00 PM | 16199837404 |
| 2/23/23 2:00 PM | 16194930180 |
| 2/23/23 2:27 PM | 16194554917 |
| 2/23/23 2:48 PM | 16194444061 |
| 2/23/23 2:49 PM | 16194139124 |
| 2/23/23 3:12 PM | 16199837490 |
| 2/23/23 3:46 PM | 16195303809 |
| 2/23/23 4:30 PM | 16194551137 |
| 2/23/23 4:48 PM | 16198105464 |
| 2/23/23 5:12 PM | 13188161234 |
| 2/23/23 5:47 PM | 16194472307 |
| 2/23/23 6:49 PM | 16194472307 |
| 2/24/23 11:37 AM | 16194555495 |
| 2/24/23 12:57 PM | 16199837253 |

AMENDED COMPLAINT

| | |
|---|---|
| 2/24/23 1:08 PM | 16194842321 |
| 2/24/23 2:30 PM | 16199845557 |
| 2/24/23 4:30 PM | 16199837490 |
| 2/24/23 6:29 PM | 16194551968 |
| 2/25/23 11:34 AM | 12692224420 |
| 2/27/23 1:36 PM | 16194500796 |
| 2/27/23 1:51 PM | 19104478119 |
| 2/27/23 2:10 PM | 16193537535 |
| 2/27/23 3:45 PM | 16198105457 |
| 2/28/23 9:47 AM | 16194802961 |
| 2/28/23 11:06 AM | 16198105463 |
| 2/28/23 1:10 PM | 16198105457 |
| 2/28/23 1:58 PM | 16194557348 |
| 2/28/23 3:38 PM | 16194554434 |
| 2/28/23 4:22 PM | 16194472307 |
| 2/28/23 4:54 PM | 16194701553 |
| 2/28/23 5:31 PM | 16194553406 |
| 2/28/23 5:52 PM | 16194701553 |
| 3/1/23 11:48 AM | 16194100290 |
| 3/1/23 1:15 PM | 12135945729 |
| 3/3/23 11:35 AM | 14243376824 |
| 3/7/23 11:10 AM | 16072005741 |
| 3/7/23 12:40 PM | 16194500643 |

AMENDED COMPLAINT

| | |
|---|---|
| 3/7/23 4:17 PM | 17063816542 |
| 3/8/23 10:23 AM | 18163084041 |
| 3/8/23 11:36 AM | 12254512963 |
| 3/9/23 12:48 PM | 18592951757 |
| 3/10/23 2:21 PM | 16194496056 |
| 3/11/23 3:10 PM | 12393882769 |
| 3/13/23 5:49 PM | 16196181432 |
| 3/14/23 12:18 PM | 17272633746 |
| 3/15/23 9:29 AM | 16194820976 |
| 3/16/23 3:39 PM | 16194212982 |
| 3/16/23 5:09 PM | 16036029596 |
| 3/17/23 8:53 AM | 16194336247 |
| 3/18/23 10:05 AM | 16194500773 |
| 3/20/23 8:06 AM | 16194447730 |
| 3/20/23 5:37 PM | 17862047883 |
| 3/21/23 3:37 PM | 16194560344 |
| 3/22/23 12:16 PM | 16194257070 |
| 3/22/23 2:26 PM | 16467263928 |
| 3/24/23 1:01 PM | 16467263928 |
| 3/24/23 2:37 PM | 17865511665 |
| 3/27/23 12:10 PM | 16194334415 |
| 3/28/23 10:27 AM | 13612627127 |
| 3/28/23 1:42 PM | 16194923140 |

AMENDED COMPLAINT

| | |
|---|---|
| 3/29/23 1:57 PM | 12074777639 |
| 3/29/23 2:33 PM | 13055172696 |
| 3/30/23 11:55 AM | 17275017393 |
| 3/31/23 11:03 AM | 13179611923 |
| 4/4/23 10:43 AM | 13393294514 |
| 4/6/23 2:11 PM | 17799391844 |
| 4/7/23 9:49 AM | 16193248438 |
| 4/7/23 11:11 AM | 16195646220 |
| 4/7/23 11:34 AM | 16192703548 |
| 4/7/23 1:57 PM | 12514408404 |
| 4/8/23 12:10 PM | 14402871944 |
| 4/10/23 9:40 AM | 17274311324 |
| 4/11/23 9:44 AM | 16198255757 |
| 4/11/23 10:02 AM | 16194500985 |
| 4/11/23 11:15 AM | 16197774756 |
| 4/12/23 1:50 PM | 13392732607 |
| 4/13/23 8:39 AM | 12057946298 |
| 4/13/23 1:46 PM | 13232433474 |
| 4/14/23 12:59 PM | 12076856166 |
| 4/14/23 12:59 PM | 16194551400 |
| 4/18/23 2:39 PM | 16195357163 |
| 4/18/23 2:40 PM | 16195357163 |
| 4/21/23 12:44 PM | 16092372552 |

AMENDED COMPLAINT

| | |
|---|---|
| 4/24/23 9:40 AM | 14242527552 |
| 4/24/23 10:06 AM | 14342126709 |
| 4/24/23 2:21 PM | 13372180759 |
| 4/25/23 11:02 AM | 16232783944 |
| 4/25/23 3:21 PM | 18652390416 |
| 4/26/23 10:42 AM | 12252856594 |
| 4/26/23 2:14 PM | 14144486809 |
| 4/26/23 2:24 PM | 18434303800 |
| 4/27/23 12:48 PM | 13475848768 |
| 4/27/23 12:56 PM | 13372180544 |
| 4/28/23 9:13 AM | 16194264494 |
| 4/28/23 1:58 PM | 18642657132 |
| 4/28/23 1:58 PM | 18642657132 |
| 4/29/23 12:17 PM | 18022153156 |
| 5/2/23 10:09 AM | 13372180568 |
| 5/2/23 3:33 PM | 19014308489 |
| 5/2/23 3:34 PM | 19014308489 |
| 5/5/23 11:17 AM | 17866730983 |
| 5/5/23 11:19 AM | 17866730983 |
| 5/5/23 1:28 PM | 17258888276 |
| 5/5/23 3:06 PM | 19512219296 |
| 5/7/23 1:51 PM | 16194500354 |
| 5/8/23 8:24 AM | 17866730983 |

AMENDED COMPLAINT

| | |
|---|---|
| 5/8/23 8:27 AM | 18582032236 |
| 5/8/23 10:19 AM | 16194500268 |
| 5/8/23 10:28 AM | 16162660525 |
| 5/8/23 11:10 AM | 16194846233 |
| 5/8/23 11:46 AM | 18203465685 |
| 5/9/23 9:37 AM | 19253861406 |
| 5/9/23 9:58 AM | 16194754442 |
| 5/9/23 10:42 AM | 16194195797 |
| 5/10/23 10:09 AM | 16194364851 |
| 5/10/23 12:06 PM | 16194765882 |
| 5/10/23 1:45 PM | 16194505465 |
| 5/11/23 12:46 PM | 17866730983 |
| 5/11/23 1:51 PM | 16194792610 |
| 5/11/23 1:52 PM | 16194792610 |
| 5/12/23 9:50 AM | 13852170378 |
| 5/12/23 10:56 AM | 14426003506 |
| 5/12/23 12:40 PM | 16194880272 |
| 5/12/23 3:02 PM | 16194358960 |
| 5/15/23 1:21 PM | 16194570410 |
| 5/16/23 10:10 AM | 16194478886 |
| 5/16/23 4:34 PM | 16197667376 |
| 5/16/23 4:51 PM | 18884895214 |
| 5/17/23 10:32 AM | 16194781598 |

AMENDED COMPLAINT

| | |
|---|---|
| 5/17/23 10:51 AM | 15402998338 |
| 5/17/23 2:02 PM | 16194238683 |
| 5/18/23 8:05 AM | 18884830576 |
| 5/18/23 8:06 AM | 18884830576 |
| 5/18/23 8:13 AM | 18886610343 |
| 5/18/23 9:49 AM | 19852314159 |
| 5/18/23 10:37 AM | 19342148171 |
| 5/18/23 12:14 PM | 18884941796 |
| 5/18/23 2:39 PM | 14323144064 |
| 5/18/23 4:11 PM | 16194275532 |
| 5/18/23 5:30 PM | 19202764500 |
| 5/19/23 9:30 AM | 16194755296 |
| 5/19/23 11:53 AM | 16193292339 |
| 5/19/23 1:25 PM | 16592175556 |
| 5/19/23 2:18 PM | 12672820703 |
| 5/20/23 10:47 AM | 16193292339 |
| 5/22/23 7:41 AM | 14708756147 |
| 5/22/23 10:56 AM | 16194894710 |
| 5/22/23 1:26 PM | 15014800627 |
| 5/22/23 5:12 PM | 14782765059 |
| 5/23/23 11:31 AM | 18775230442 |
| 5/23/23 2:08 PM | 16197289166 |
| 5/23/23 2:31 PM | 13218952472 |

AMENDED COMPLAINT

| | |
|---|---|
| 5/23/23 3:53 PM | 16194332537 |
| 5/24/23 9:03 AM | 16194307991 |
| 5/24/23 10:44 AM | 12096447026 |
| 5/24/23 10:57 AM | 15342050593 |
| 5/24/23 12:18 PM | 16194891033 |
| 5/24/23 1:09 PM | 12096446929 |
| 5/24/23 2:14 PM | 16194130684 |
| 5/24/23 3:03 PM | 12058400810 |
| 5/24/23 3:15 PM | 19093788181 |
| 5/25/23 8:44 AM | 16194633522 |
| 5/25/23 9:44 AM | 16194644974 |
| 5/25/23 10:24 AM | 18203465689 |
| 5/25/23 10:38 AM | 16194332789 |
| 5/25/23 11:59 AM | 13134885265 |
| 5/25/23 1:18 PM | 16194924458 |
| 5/25/23 3:42 PM | 16203360629 |
| 5/25/23 4:12 PM | 16194976113 |
| 5/26/23 8:45 AM | 16194759475 |
| 5/26/23 10:01 AM | 16194265033 |
| 5/26/23 1:17 PM | 16194226400 |
| 5/26/23 2:53 PM | 16194882499 |
| 5/26/23 3:03 PM | 13127568874 |
| 5/27/23 9:58 AM | 16194500154 |

AMENDED COMPLAINT

| | |
|---|---|
| 5/27/23 11:41 AM | 16194500371 |
| 5/30/23 8:42 AM | 16194405472 |
| 5/30/23 9:56 AM | 13143501514 |
| 5/30/23 10:08 AM | 17868768895 |
| 5/30/23 10:48 AM | 14426003506 |
| 5/30/23 11:40 AM | 18582107148 |
| 5/30/23 11:53 AM | 16194500857 |
| 5/30/23 12:18 PM | 13127568874 |
| 5/30/23 2:19 PM | 12563765953 |
| 5/30/23 4:15 PM | 12293357216 |
| 5/30/23 4:15 PM | 12293357216 |
| 5/30/23 4:21 PM | 12519107171 |
| 5/31/23 8:37 AM | 16194536135 |
| 5/31/23 9:13 AM | 15405729703 |
| 5/31/23 1:18 PM | 13127568874 |

104.  Mr. Charman has limited data storage capacity on his cellular telephone. Incoming telemarketing calls consumed part of this capacity.

### VICARIOUS LIABILITY OF DEFENDANT INSURANCE SUPERMARKET

AMENDED COMPLAINT

**Actual Authority**

105.     Actual authority exists when (1) a principal/agent relationship

exists, (2) the principal controlled or had the right to control the alleged

agent's conduct, and (3) the alleged conduct fell within the scope of the

agency.  See Spitz v. Proven Winners N. Am., LLC, 759 F.ed 724, 732

(7th Cir. 2014) (interpreting Illinois law, which like federal common

law, accords with the Restatement of Agency, Opp v. Wheaton Van

Lines, Inc., 231 F.3d 1060, 1064 (7th Cir. 2010));

          see also Warciak v. Subway Rests., Inc., 949 F.3d 354, 357

(7th Cir. 2020) ("Express authority exists when a principal

expressly authorizes an agent and the agent acts on the principal's

behalf and subject to the principal's control.").

106.     An agency relationship was created when Ms. Brown

and/or Insurance Supermarket hired EDM who acted as

Defendant Ms. Brown's agent when they initiated calls to

Plaintiff's cell phone.

107.     Defendant Ms. Brown and/or Insurance Supermarket

exercised control over EDM by providing age restrictions, examples of parameters of the solicited consumers and prescribing during what hours to make the phone calls.

108.    Defendant Ms. Brown and/or Insurance Supermarket entered into the telemarketing agreement in furtherance of Insurance Supermarket's business of the solicitation of insurance products and was acting within the scope of their appointment as a licensed insurance agent of Insurance Supermarket.

109.    Insurance Supermarket exercises control and authority over its appointed agents by prescribing the manner in which agents will solicit consumers.

110.    Insurance Supermarket expects appointed agents to market and sell insurance products as part of their appointment and in the furtherance of Insurance Supermarket's goods and services.

111.    Insurance Supermarket knows and expects appointed agents to make phone calls as part of furthering Insurance Supermarket's goods and services.

112.    Insurance Supermarket appointed Ms. Brown as an agent

and gave her actual authority to market goods and services in furtherance of Insurance Supermarket's business.

113. Insurance Supermarket appointed Ms. Brown to sell its goods and services, Ms. Brown hired EDM to effectuate telemarketing, and the third-party telemarketer made the unwanted robocalls on behalf of Insurance Supermarket through its appointed agent Ms. Brown

114. Insurance Supermarket is liable for the calls placed by its subagent, EDM, hired by Defendant Brown.

115. Defendant Brown is an agent of Insurance Supermarket. EDM is an agent of Defendant Brown. EDM is Insurance Supermarket's subagent.

116. Defendant Insurance Supermarket is vicariously liable under the theories of actual authority and ratification, and as well as liable because any other result would impair the underlying purpose of the TCPA.

117. Defendant Insurance Supermarket is the liable party as the direct beneficiary of the illegal telemarketing calls as they stood to gain Plaintiff as a client and sold Plaintiff goods and services.

AMENDED COMPLAINT

118.  The policy shows that the beneficial party who was gaining customers was Defendant Insurance Supermarket.

119.  Through Defendant Ms. Brown, Defendant Insurance Supermarket authorized EDM to generate prospective customers. Defendant Insurance Supermarket hired EDM to promote its products and services. Defendant's integration of robocalling into its sales process was so seamless that it appeared to an outside party like Plaintiff that EDM was the telemarketing department of Defendant Insurance Supermarket.

**THE SELLERS SHOULD BE HELD LIABLE TO UPHOLD THE DETERRENT EFFECT AND PURPOSE OF THE TCPA**

120.  As the court ruled in Jackson v Caribbean Cruise Line, Inc., the defendant sellers should be held liable for their violations of the TCPA. Courts have looked at the purpose of the TCPA and found that not holding the sellers liable through vicarious liability would undermine the purpose of the TCPA.

**INJURY, HARM, DAMAGES, and ACTUAL DAMAGES AS A**

## RESULT OF THE CALLS

121.  Defendants' calls harmed Plaintiff by causing the very harm that Congress sought to prevent—a "nuisance and invasion of privacy."

122.  Defendants' calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone.

123.  Defendants' calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone line.

124.  Defendants' calls harmed Plaintiff by intruding upon Plaintiff's seclusion.

125.  The Plaintiff has been harmed, injured, and damaged by the calls including, but not limited to: reduced device storage space, reduced data plan usage, anger, frustration, invasion of privacy, more frequent cell phone charging, and reduced enjoyment of Plaintiff's cell phone.

## COUNT ONE:
### (Violation of the TCPA "Sales Call/DNC" Prohibition, 47 U.S.C. 227(c), and 47 C.F.R. § 64.1200(C))
### (Against All ("Defendants"))

AMENDED COMPLAINT

124. Plaintiff incorporates the foregoing allegations as if fully set forth herein.

125. The foregoing acts and omissions of ("Defendants") and/or their affiliates or agents constitute a violation of FCC regulations by making multiple telemarketing solicitations to a consumer on the National Do-Not-Call Registry within a 12-month period in violation of 47 C.F.R. § 64.1200(c)(2).

126. Plaintiff is entitled to an award of at least $500 in damages for each such violation 47 U.S.C. § 227(c)(5)(B).

127. Plaintiff is entitled to an award up to $1,500 in damages for each knowing or willful violation of 47 U.S.C. § 227(c)(3)(F)

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff THANE CHARMAN prays for judgment against the defendants jointly and severally as follows:

A.   Leave to amend this Complaint to name additional DOESs as they are identified and to conform to the evidence presented at trial.

AMENDED COMPLAINT

B.     An award of $1500 per call in statutory damages arising from the

TCPA §227(c) intentional violations jointly and severally against the

corporations and individuals for 809 calls.

C.     An award to Mr. Charman of damages, as allowed by law under

the TCPA.

D.     An award to Mr. Charman of interest, costs, and attorneys' fees, as

allowed by law and equity

E.     Such further relief as the Court deems necessary, just, and proper.

DEMAND FOR JURY TRIAL


Dated: April 16, 2024          respectfully submitted,




By:  /S/ Thane Charman



Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384


AMENDED COMPLAINT

Email: OBEY.TCPA@GMAIL.COM

THANE CHARMAN

Plaintiff, Pro Se