Thane Charman
2270 Boundary St.
San Diego, CA 92104
Telephone: 800-673-4384
E-mail: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

Shannon B. Nakabayashi (State Bar No. 215469)
Robert Yang (State Bar No. 312964)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Shannon.Nakabayashi@jacksonlewis.com
E-mail: Rob.Yang@jacksonlewis.com

Attorneys for Defendants
INSURANCE SUPERMARKET, INC.
AND MARREESHA BROWN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET, INC. a Delaware Incorporation,<br>MARREESHA BROWN, an individual<br><br>Defendants. | Case No. 3:23-cv-01505-WQH-DEB<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: 08/16/2023<br>Trial Date: Not set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff THANE CHARMAN ("Plaintiff") and Defendants INSURANCE SUPERMARKET, INC. ("ISI") and MARREESHA BROWN ("Brown") (ISI and Brown will hereinafter be referred to collectively as "Defendants") (collectively, Plaintiff and Defendants will hereinafter be referred to as the "Parties"), by and

through their undersigned counsel, hereby respectfully submit this Joint Motion to Extend Time to Respond to the First Amended Complaint.

## I.    RELEVANT FACTUAL AND PROCEDURAL BACKGROUND

On August 16, 2023, Plaintiff filed his Complaint in the United States District Court for the Southern District of California. (ECF No. 1.) On October 2, 2023, Defendants filed their Answer to the Complaint. (ECF No. 4.)

On December 20, 2023, the Court held a Case Management Conference. Following the Case Management Conference, the Court entered a Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings ("Scheduling Order"). (ECF No. 12.) Pursuant to the Scheduling Order, the Court ordered that "[a]ny motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **February 3, 2024**. (*Id.* (emphasis in original).)

On March 19, 2024, the Parties filed a Joint Motion Allowing Plaintiff to File First Amended Complaint ("Motion to File FAC"). (ECF No. 17.)

On March 25, 2024, the Court granted the Motion to File FAC. (ECF No. 19.) Pursuant to said Order, Defendants were ordered to "file a response to the First Amended Complaint within thirty (30) days of the filing of the First Amended Complaint." (*Id.*)

On April 16, 2024, Plaintiff filed his First Amended Complaint. (ECF No. 20.) Accordingly, Defendants deadline to respond to the First Amended Complaint is May 16, 2024.

On April 29, 2024, the Court held a Status Conference. During the Status Conference, Defendant advised that they were seeking to substitute counsel.

## II.    LEGAL ARGUMENTS

Pursuant to Local Rule 12.1, "extensions of time for answering, or moving to dismiss a complaint will only be secured by obtaining the approval of a judicial officer, who will base the decision on a showing of good cause." Good cause exists under Local Rule 12.1 for an extension of time for Defendant to file a responsive

pleading.

On April 30, 2024, Plaintiff was advised that Jackson Lewis PC would be substituting out as counsel for Defendants. On or about May 3, 2024, Plaintiff was advised that Defendants had retained Troutman Amin LLP and were working to transition the case from Jackson Lewis PC. Defendants require additional time to substitute counsel, transition the case, and to gather additional documents to prepare the responsive pleading. Accordingly, there is good cause extending Defendant's time to respond to the First Amended Complaint.

### III.   CONCLUSION

As good cause exists to extend the time for Defendants to respond to the First Amended Complaint, the Parties hereby request an order extending Defendants' time to file a responsive pleading from May 16, 2024 to April 17, 2024.

Dated:  May 7, 2024                                            PLAINTIFF


By:   /s/ Thane Charman
         THANE CHARMAN


Dated:  May 7, 2024                                            JACKSON LEWIS P.C.


By:   /s/ Robert Yang
         Shannon B. Nakabayashi
         Robert Yang
         Attorneys for Defendants
         INSURANCE SUPERMARKET,
         INC. AND MARREESHA BROWN

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Plaintiff Thane Charman, and that I have obtained Mr. Charman's authorization to affix his electronic signatures to this document.

Dated: March 19, 2024                                JACKSON LEWIS P.C.


By: /s/ Robert Yang
Shannon B. Nakabayashi
Robert Yang
Attorneys for Defendants
INSURANCE SUPERMARKET,
INC. AND MARREESHA BROWN

4896-1208-6460, v. 1