Thane Charman
2270 Boundary St.
San Diego, CA 92104
Telephone: 800-673-4384
E-mail: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

Shannon B. Nakabayashi (State Bar No. 215469)
Robert Yang (State Bar No. 312964)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Shannon.Nakabayashi@jacksonlewis.com
E-mail: Rob.Yang@jacksonlewis.com

Attorneys for Defendants
INSURANCE SUPERMARKET, INC.
AND MARREESHA BROWN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET, INC. a Delaware Incorporation, EDM LEADS, LLC, an Arizona Limited Liability Company, and MARREESHA BROWN, an individual<br><br>Defendants. | Case No. 3:23-cv-01505-WQH-DEB<br><br>**JOINT MOTION TO EXTEND TIME TO COMPLETE FACT DISCOVERY**<br><br>Complaint Filed: 08/16/2023<br>Trial Date: Not set |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff THANE CHARMAN ("Plaintiff") and Defendants INSURANCE SUPERMARKET, INC. ("ISI") and MARREESHA BROWN ("Brown") (ISI and Brown will hereinafter be referred to collectively as "Defendants") (collectively, Plaintiff and Defendants will hereinafter be referred to as the "Parties"), by and through their undersigned counsel, hereby respectfully submit this Joint Motion to Extend Time to Complete Fact Discovery.

**I.      RELEVANT FACTUAL AND PROCEDURAL BACKGROUND**

On August 16, 2023, Plaintiff filed his Complaint in the United States District Court for the Southern District of California. (ECF No. 1.) On October 2, 2023, Defendants filed their Answer to the Complaint. (ECF No. 4.)

On December 21, 2023, the Court entered a Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings ("Scheduling Order"). (ECF No. 12.) Pursuant to the Scheduling Order, the Court ordered that "[a]ll fact discovery shall be completed by all parties by **May 24, 2024**." (*Id*. (emphasis in original).)

On March 19, 2024, the Parties filed a Joint Motion Allowing Plaintiff to File First Amended Complaint ("Motion to File FAC"). (ECF No. 17.) On March 25, 2024, the Court granted the Motion to File FAC. (ECF No. 19.) On April 16, 2024, Plaintiff filed his First Amended Complaint. (ECF No. 20.)

On May 7, 2024, the Parties filed a Joint Motion to Extend Time to Respond to the First Amended Complaint. (ECF No. 22.) On May 8, 2024, ISI filed a Motion to Substitute Attorney re Defendant Insurance Supermarket, Inc. (ECF No. 23.)

On May 9, 2024, the Court held a Status Conference. During the Status Conference, the Parties discussed continuing the fact discovery cut off deadline by 70-days. The Court advised the Parties to bring this instant Joint Motion to Extend Time to Complete Fact Discovery.

///

## II. LEGAL ARGUMENTS

Pursuant to the Civil Chamber Rules of the Honorable U.S. Magistrate Judge Daniel E. Butcher, the Parties present the following in support of the instant request:

**A. The Original Date of Deadline**: The original and current date of the deadline for completion of fact discovery is May 24, 2024.

**B. The Number of Previous Requests for Continuance**: The Parties have not made any prior request to continue the deadline for the completion of fact discovery.

**C. A Showing of Good Cause for the Request**: The parties have substantially completed all written discovery including document production in compliance with the Court's Scheduling Order. However, Plaintiff is currently attempting to effectuate service on newly added defendant EDM Leads, Inc. Further, there is a pending Motion to Substitute Attorney re Defendant Insurance Supermarket, Inc. (ECF No. 23.) The Parties have also requested leave of Court for Defendants to respond to the First Amended Complaint so that ISI's new counsel has time to investigate, evaluate and prepare their response to the First Amended Complaint. The Parties have agreed that a continuance of the May 24, 2024 deadline would allow all Parties sufficient time to complete their respective responsibilities.

**D. Whether the Request is Opposed and Why**: The parties have agreed to jointly submit this request and there is no opposition.

**E. Whether the Requested Continuance Will Affect Other Case Management Deadlines**: The Parties are requesting that the Court extend the fact discovery deadline for a period of 70 days from May 24, 2024 to August 2, 2024. This request will not affect any other case management deadlines. Notably, the expert discovery deadlines will not be affected by the instant

request.

///

### III. CONCLUSION

As good cause exists to extend the time to complete fact discovery, the Parties hereby request an Order continuing the fact discovery deadline to August 2, 2024.

Dated: May 9, 2024                                                       PLAINTIFF

                                            By:   /s/ Thane Charman
                                                  THANE CHARMAN

Dated: May 9, 2024                                                       JACKSON LEWIS P.C.

                                            By:   /s/ Robert Yang
                                                  Shannon B. Nakabayashi
                                                  Robert Yang
                                                  Attorneys for Defendants
                                                  INSURANCE SUPERMARKET,
                                                  INC. AND MARREESHA BROWN

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr. Yang, and that I have obtained Mr. Yang's authorization to affix his electronic signatures to this document.

Dated: May 9, 2024                                                       PLAINTIFF

By:   /s/ Thane Charman  
      THANE CHARMAN

