UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET INC. and MARREESHA BROWN,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:23-cv-1505-WQH-DEB<br><br>**ORDER** |

HAYES, Judge:

　　IT IS HEREBY ORDERED that the Joint Motion to Extend Time to Respond to First Amended Complaint (ECF No. 22) is granted as follows. Defendants Insurance Supermarket, Inc. and Marreesha Brown shall file a response to the First Amended Complaint on or before June 17, 2024.

　　IT IS FURTHER ORDERED that the Motion to Substitute Counsels of Record (ECF No. 23) is granted. Eric J. Troutman and Puja J. Amin of the law firm Troutman Amin, LLP are substituted in the place of Shannon Bettis Nakabayashi and Robert Yang of the law firm Jackson Lewis P.C for Defendant Insurance Supermarket, Inc.

Dated: May 13, 2024

　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　United States District Court