# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                      Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET, INC., *et al.*,<br><br>                      Defendants. | Case No.:  23-cv-1505-WQH-DEB<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER DEADLINES**<br><br>**[DKT. NO. 26]** |

Before the Court is the parties' Joint Motion to Extend Time to Complete Fact Discovery. Dkt. No. 26. The parties request a seventy-day continuance of fact discovery only. *Id.* at 3. This is the parties' first request to modify the Scheduling Order. *Id.*

//
//
//
//
//
//
//
//

1

1  Good cause appearing, the Court **GRANTS** the Motion. The Court extends the fact
2  discovery cutoff to **August 2, 2024**. All other cut-off dates, including the Motion Filing
3  Cutoff and Final Pretrial Conference, remain as previously set. *See* Dkt. No. 12.
4  **IT IS SO ORDERED.**
5  Dated:  May 13, 2024

_____
Honorable Daniel E. Butcher
United States Magistrate Judge