TROUTMAN AMIN, LLP
Eric J. Troutman (State Bar # 229263)
Puja Amin (State Bar # 299547)
Brittany A. Andres (State Bar # 340856)
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com

Attorneys for Defendants
INSURANCE SUPERMARKET, INC.
AND MARREESHA BROWN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THANE CHARMAN, individual, | Case No. 3:23-cv-01505-WQH-DEB |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL OF RECORD FOR DEFENDANTS INSURANCE SUPERMARKET, INC. AND MARREESHA BROWN** |
| v. | |
| INSURANCE SUPERMARKET, INC. a Delaware Incorporation, MARREESHA BROWN, an individual | |
| Defendants. | |

PLEASE TAKE NOTICE that Brittany A. Andres of the firm Troutman Amin, LLP hereby appears as counsel of record for Defendants INSURANCE SUPERMARKET, INC. and MARREESHA BROWN. Ms. Andres is admitted to practice in this Court. Please include Ms. Andres on all further notices, papers, and pleadings for this case.

Dated: May 23, 2024  TROUTMAN AMIN, LLP

By: */s/Brittany A. Andres*
Eric J. Troutman
Puja J. Amin
Brittany A. Andres

*Attorneys for Defendants INSURANCE SUPERMARKET, INC. AND MARREESHA BROWN*

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine CA 92618
troutman@troutmanamin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2024, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Brittany A. Andres*
Brittany A. Andres