TROUTMAN AMIN, LLP
Eric J. Troutman (State Bar # 229263)
Puja Amin (State Bar # 299547)
Brittany A. Andres (State Bar # 340856)
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com

Attorneys for Defendants
INSURANCE SUPERMARKET, INC.
AND MARREESHA BROWN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>  Plaintiff,<br><br>  v.<br><br>INSURANCE SUPERMARKET, INC. a Delaware Incorporation, MARREESHA BROWN, an individual<br><br>  Defendants. | Case No. 3:23-cv-01505-WQH-DEB<br><br>**JOINT MOTION TO EXTEND TIME TO COMPLETE FACT DISCOVERY** |

Plaintiff Thane Charman ("Plaintiff") and Defendants Insurance Supermarket, Inc. ("ISI") and Mareesha Brown ("Brown") (ISI and Brown will hereinafter be referred to collectively as "Defendants") (collectively, Plaintiff and Defendants will hereinafter be referred to as the "Parties"), by and through their undersigned counsel, hereby respectfully submit this Joint Motion to Extend Time

to Complete Fact Discovery.

I. **RELEVANT BACKGROUND**

On August 16, 2023, Plaintiff filed a Complaint against Defendants alleging violations of the Telephone Consumer Protection Act ("TCPA"). *See* ECF No. 1.

On October 2, 2023, Defendants filed an Answer to Plaintiff's Complaint. *See* ECF No. 4.

On December 21, 2023, the Court entered a Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings ("Scheduling Order"). *See* ECF No. 12. Pursuant to the Scheduling Order, the Court ordered that "[a]ll fact discovery shall be completed by all parties by **May 24, 2024**." *Id*. (emphasis in original).

On May 9, 2024, the Parties submitted a Joint Motion to Extend Time to Complete Fact Discovery. *See* ECF No. 26. The Parties requested the Court extend the fact discovery cutoff to August 2, 2024. *Id.*

On May 13, 2024, the Court granted the Parties Joint Motion to Extend Time to Complete Fact Discovery, extending the fact discovery deadline to **August 2, 2024**. *See* ECF No. 28.

On July 12, 2024, Plaintiff filed a Motion to Amend the Complaint and attached a Second Amended Complaint as an exhibit. *See* ECF No. 39. The Second Amended Complaint is materially different from the First Amended Complaint. A few changes include: Plaintiff removing defendant Mareesha Brown from the Complaint and revising the factual allegations. The Court has yet to rule on this

motion.

## II. ARGUMENT

Pursuant to the Civil Chamber Rules of the Honorable U.S. Magistrate Judge Daniel E. Butcher, the Parties state as follows:

1. The current deadline for completion of fact discovery is August 2, 2024.

2. The parties have substantially completed all written discovery including document production in compliance with the Court's Scheduling Order. However, the Parties are still coordinating depositions. The Parties previously had the depositions of Plaintiff and ISI's Chief Marketing Officer scheduled for the week of July 22, 2024, but because the Parties are in the process of negotiating settlement in this matter, they wish to re-schedule these dates for a date in August or September in the event settlement negotiations fail. The Parties have agreed that a continuance of the August 2, 2024 deadline would allow all Parties sufficient time to complete their respective responsibilities and to ensure that the parties have made good faith efforts to settle this matter.

3. Moreover, in light of Plaintiff's narrowing of the issues in the proposed Second Amended Complaint, the scope of discovery, if the Motion to Amend is granted, will also drastically change.

4. The Parties have agreed to jointly submit this request. There is no opposition.

5. The Parties have only made one prior request to continue the deadline for the completion of fact discovery.

6. This request will not affect any other case management deadlines. Notably, the expert discovery deadlines will not be affected by the instant request.

Therefore, the Parties respectfully request the Court extend the fact discovery deadline from August 2, 2024 to September 10, 2024.

### III. CONCLUSION

As good cause exists to extend the time for the Parties to complete fact discovery, the Parties hereby request an order extending the Parties time to complete fact discovery to September 10, 2024.

Dated: July 18, 2024   PLAINTIFF

By: *Thane Charman*
Thane Charman

Dated: July 18, 2024   TROUTMAN AMIN, LLP

By: */s/Brittany A. Andres*
Eric J. Troutman
Puja J. Amin
Brittany A. Andres

*Attorneys for Defendants INSURANCE SUPERMARKET, INC. AND MARREESHA BROWN*

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2024, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Brittany A. Andres*
Brittany A. Andres