UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>                             Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET INC., a DELAWARE CORPORATION, EDM Leads, LLC a ARIZONA LIMITED LIABILITY COMPANY, and MARREESHA BROWN, an INDIVIDUAL,<br><br>                            Defendants. | Case No.: 3:23-cv-1505-WQH-DEB<br><br>**ORDER** |

HAYES, Judge:

    On July 12, 2024, Plaintiff filed the Unopposed Motion Allowing Plaintiff to File Second Amended Complaint (ECF No. 39). The docket reflects that no opposition has been filed to date.

    IT IS HEREBY ORDERED that the Unopposed Motion Allowing Plaintiff to File Second Amended Complaint (ECF No. 39) is granted. Plaintiff shall file the Second Amended Complaint (ECF No. 39-1) within seven (7) days of the entry of this Order.

Dated: August 13, 2024

                                                          */s/ William Q. Hayes*
                                                   Hon. William Q. Hayes
                                                   United States District Court