TROUTMAN AMIN, LLP
Eric J. Troutman (State Bar # 229263)
Puja J. Amin (State Bar # 299547)
Brittany A. Andres (State Bar # 340856)
400 Spectrum Center Dr. Ste. 1550
Irvine, California 92618
Telephone: 949-350-3663
Facsimile: 949-203-8689
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com

*Attorneys for Insurance Supermarket, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET, INC. a Delaware Incorporation,<br><br>Defendant. | Case No. 3:23-cv-01505-WQH-DEB<br><br>**DEFENDANT INSURANCE SUPERMARKET, INC.'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: William Q. Hayes<br><br>Time: 9:30 AM<br>Date: _____, 2024<br><br>Action filed: May 8, 2023 |

**A.    The Contract Between Insurance Supermarket, Inc. ("ISI") and EDM Leads, LLC ("EDM").**

1. ISI entered into a Master Service Agree ("Contract") with EDM on January 28, 2022, in which EDM was designated as an independent contractor to generate customer leads for ISI. *See* Exhibit 1.

1

2. The Contract explicitly stated that EDM retained full control over its marketing practices, including telemarketing activities, and that ISI had no authority to direct or supervise these activities. Exhibit 1, Section 6.

**B. ISI Does Not Control The Manner In Which EDM Conducts Their Business – Including Telemarketing.**

3. ISI did not authorize EDM to make any illegal telemarketing calls on its behalf. Declaration of Sidney Rua ("Decl. of Rua") at ¶ 4.

4. ISI lacks the contractual right to exercise any control of any illegal telemarketing activity of EDM and does not exercise any such control as a matter of fact. *See generally id*.

5. Indeed, ISI did not become aware of the alleged illegal calls EDM placed until this lawsuit was filed. *Id*. at ¶¶ 8, 11.

6. To the extent EDM is making outbound telemarketing calls, ISI has no insight into the manner in which EDM is doing so. ISI, for example, has no knowledge of whether EDM places outbound calls from an ordinary desk phone, a cell phone, home phone, or through a technological platform. *Id*. at ¶¶ 21. Those decisions and actions are within the exclusive discretion of EDM. *Id*.

7. ISI, likewise, does not exercise any discretion or control over the content of any outbound calls, including outbound telemarketing calls, placed by EDM. *Id*. at ¶¶ 13-14, 18-20. ISI, for example, does not draft, review, approve, or have access to call scripts used by EDM. *Id*. at ¶ 22.

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Ste 1550, Irvine, CA 92618
troutman@troutmanamin.com

8. The only restrictions placed by ISI on EDM regarding telemarketing was that contract EDM must comply all applicable laws and EDM obtain, and record affirmed consent prior to making initial contact with customers Exhibit 1, Section 3.2.

9. ISI had no role in how EDM conducted its telemarketing, and ISI did not control the methods by which EDM contacted potential customers. *See generally* Decl. of Rua.

**C. ISI Is Not Responsible For Unknown Violations Of The TCPA.**

10. EDM was solely responsible for ensuring that its telemarketing practices adhered to the requirements of the Telephone Consumer Protection Act ("TCPA") and other applicable laws. Exhibit 1, Section 3.2.

11. ISI was not involved in supervising EDM's compliance with telemarketing laws. Decl. of Rua at ¶ 6.

**D. ISI's Name Referenced in Some Calls Does Not Make ISI Liable.**

12. Plaintiff alleges that ISI's name was referenced in several telemarketing calls made by EDM. ECF No. 47 at ¶ 82.

13. However, only one call was transferred to ISI, and ISI played no role in initiating or supervising the call. Decl. of Rua at ¶ 7.

14. ISI did not have prior knowledge of the unlawful nature of any of the calls made to Plaintiff. Decl. of Rua at ¶ 8.

**E.    The Contract Between ISI and EDM Specify That EDM is An Independent Contractor.**

15. The relationship between ISI and EDM is contractual and governed by the Contract between ISI and EDM which includes an independent contractor relationship clause:

> RELATIONSHIP OF THE PARTIES. The Parties acknowledge and agree that no relationship other than that of an independent contractor relationship has been created by this Agreement. Without limitation, the Parties are not partners nor in a joint venture of any kind. Nothing in this Agreement or any IO thereunder shall have the effect that deemed to be an affiliate, officer, director, employee, agent, or representative of the other Party for any purpose. Each Party shall be solely responsible for the payment of all compensation to its employees, including provisions for employment taxes compensation and any similar taxes associated with employment of the respective Party personnel.

Thus, the Contract plainly provides that EDM does not have control over EDM. *See* Exhibit 1, Section 6.

16. ISI had no control over EDM's day-to-day telemarketing activities. Decl. of Rua at ¶ 10.

**F.      No Ratification of the Alleged Illegal Conduct by ISI Occurred.**

17. ISI had no knowledge of any violations of the TCPA and did not accept any benefit from alleged calls that it knew to be unlawful. *Id*. at ¶ 11.

18. Furthermore, the Contract specifically required EDM to comply with all applicable laws and that all leads must have the requisite consent, reinforcing that ISI did not condone or authorize any illegal conduct. Exhibit 1, Section 3.2.

**G.      ISI's Role Limited to Receiving Customer Leads**

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Ste 1550, Irvine, CA 92618
troutman@troutmanamin.com

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Ste 1550, Irvine, CA 92618
troutman@troutmanamin.com

19. ISI's role in its relationship with EDM was strictly limited to receiving customer leads generated by EDM. *See generally* Decl. of Rua. ISI did not instruct EDM on how to generate those leads or how to conduct its telemarketing practices. *Id*. at ¶¶ 13-14.

20. ISI had no control over how EDM made telemarketing calls, nor did it supervise EDM's activities in this regard. *Id*.

**H.   No Apparent Authority Was Held by EDM.**

21. ISI never held EDM out as its agent with authority to act on its behalf. *Id*. at ¶ 15-16.

22. ISI never made any representations to third parties suggesting that EDM had authority to conduct illegal telemarketing on ISI's behalf. *Id*.

23. The contract clearly established that EDM was acting independently and not as an agent of ISI. Exhibit 1, Section 6.

**I.   ISI Did Not Direct or Supervise the Telemarketing Calls.**

24. ISI was not involved in the decision to mention ISI's name during telemarketing calls made by EDM. Decl. of Rua at ¶ 18-19.

25. Any such references were made solely by EDM, without ISI's knowledge or approval. *Id*.

26. The decision to mention ISI's name during the calls was entirely within EDM's control, and ISI did not direct or authorize such conduct. *Id*.

**TROUTMAN AMIN, LLP**
400 Spectrum Center Drive, Ste 1550, Irvine, CA 92618
troutman@troutmanamin.com