## Declaration of Sidney Rua

I, **Sidney Rua**, declare as follows:

1. I am the Vice President of Privacy and Compliance at Insurance Supermarket, Inc. ("ISI"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2. ISI entered into a contract with EDM Leads, LLC ("EDM") on January 28, 2022. In this contract, EDM was designated as an independent contractor for the purpose of generating customer leads for ISI. A true and correct copy of the contract is attached as Exhibit 1.

3. Under the contract, EDM retained full control over its own marketing practices, including its telemarketing activities. ISI had no authority to direct, supervise, or control how EDM conducted its marketing or telemarketing. *See* Exhibit 1, Section 6.

4. ISI did not authorize EDM to make unlawful telemarketing calls on its behalf or provide any instructions on how EDM should conduct telemarketing. EDM was responsible for how it ran its telemarketing operations.

5. The contract between ISI and EDM required EDM to comply with all applicable laws. ISI did not play a role in how EDM ensured compliance with

these legal obligations beyond the Master Service Agreement ("Contract"). *See* Exhibit 1, Section 3.2.

6. ISI had no involvement in supervising or managing EDM's telemarketing practices, and it did not control the methods by which EDM contacted potential customers.

7. Plaintiff has alleged that ISI's name was mentioned in several telemarketing calls made by EDM. However, to my knowledge, only one call of the alleged calls was transferred to ISI. ISI played no role in initiating or supervising that call or any other calls made by EDM.

8. ISI had no prior knowledge that any of the calls made by EDM were unlawful or in violation of the TCPA.

9. The contract between ISI and EDM clearly established that EDM was acting as an independent contractor and not as an agent of ISI. See Exhibit 1, Section 6. ISI did not have control over EDM's day-to-day operations or its telemarketing practices.

10. ISI had no control or supervision over EDM's day-to-day telemarketing activities.

11. ISI did not have any knowledge of any of the alleged violations of the TCPA by EDM. Furthermore, ISI did not knowingly accept any benefit from any

Docusign Envelope ID: 6A06ED05-AB6F-400B-856C-BF9209F0394C

calls that it knew to be unlawful. ISI's only role was to receive customer leads from EDM.

12. The contract between ISI and EDM specifically required EDM to comply with all applicable laws. This provision of the contract demonstrates that ISI did not condone or authorize any illegal conduct by EDM. *See* Exhibit 1, Section 3.2.

13. ISI's role in the relationship with EDM was limited to receiving customer leads generated by EDM. ISI did not instruct or direct EDM on how to generate those leads or how to conduct its telemarketing practices.

14. ISI did not control how EDM made telemarketing calls, nor did ISI supervise or manage EDM's activities related to telemarketing.

15. ISI never held EDM out to any third party as its agent or as having the authority to act on ISI's behalf.

16. ISI did not make any representations to third parties or the general public suggesting that EDM had the authority to conduct illegal telemarketing activities on ISI's behalf.

17. The contract between ISI and EDM explicitly established that EDM was an independent contractor and not an agent of ISI. *See* Exhibit 1, Section 6.

**18.** ISI was not involved in the decision by EDM to mention ISI's name during telemarketing calls. Any references to ISI during these calls were made solely by EDM and were not directed, authorized, or approved by ISI.

**19.** The decision to reference ISI during telemarketing calls was made solely by EDM, and ISI had no knowledge or approval of such conduct.

**20.** ISI did not direct, supervise, or authorize EDM's conduct in mentioning ISI's name during telemarketing calls. ISI had no control over such actions.

**21.** ISI has no knowledge as to the means in which EDM places outbound calls (i.e. from an ordinary desk phone, a cell phone, home phone, or through a technological platform).

**22.** ISI does not draft or approve scripts for outbound telemarketing activities conducted by EDM.

**23.** EDM does not disclose its call lists with ISI.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on ___Sept 13, 2024___, at ___Newmarket, Ontario, Canada___.

Signed by:

F831A565159741C...

**Sidney Rua**
Vice President, Privacy and Compliance
Insurance Supermarket, Inc.