UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>         Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET INC., a Delaware corporation,<br><br>         Defendant. | Case No.: 23-cv-1505-WQH-DEB<br><br>**ORDER** |

HAYES, Judge:

  IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion to Extend Time to Reply to Motion to Dismiss Second Amended Complaint (ECF No. 57) is granted. Plaintiff must file a response to Defendant's pending Motion to Dismiss for Failure to State a Claim (ECF No. 48) on or before October 18, 2024. Any reply must be filed within seven (7) days of the entry of a response on the docket.

Dated: September 19, 2024

                   *William Q. Hayes*
                 Hon. William Q. Hayes
                 United States District Court