TROUTMAN AMIN, LLP
Eric J. Troutman (State Bar # 229263)
Puja J. Amin (State Bar # 299547)
Brittany A. Andres (State Bar # 340856)
400 Spectrum Center Dr. Ste. 1550
Irvine, California 92618
Telephone: 949-350-3663
Facsimile: 949-203-8689
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com

*Attorneys for Insurance Supermarket, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET, INC. a Delaware Incorporation,<br><br>Defendant. | Case No. 3:23-cv-01505-WQH-DEB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: William Q. Hayes<br><br><br>Action filed: May 8, 2023 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Thane Charman ("Plaintiff") and Defendant Insurance Supermarket, Inc. stipulate to the dismissal of Plaintiff's claims with prejudice. Each party shall bear its own attorneys' fees and costs.

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Ste. 1550, Irvine, CA 92618
troutman@troutmanamin.com

1   Dated: November 26, 2024          TROUTMAN AMIN, LLP

2                                     By: */s/Brittany A. Andres__*
                                          Brittany A. Andres
3
                                          *Attorneys for Insurance Supermarket, Inc.*
4

5

6   Dated: November 26, 2024          PLAINTIFF, PRO SE

7                                     By: */s/Thane Charman__*
                                          Thane Charman
8
                                          *Plaintiff Thane Charman*
9

10

11                          <u>**CERTIFICATE OF SERVICE**</u>

12
            I hereby certify that on November 26, 2024, a copy of the foregoing was
13
     served by ECF to counsel of record.
14

15                                              */s/ Brittany A. Andres*
                                                 Brittany A. Andres
16

17

18

19

20

21

22

23

24

25

26

27

28